**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rose Printing Company, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-0601308** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2503  Jackson Bluff Road** **Tallahassee, FL 32304** Number, Street, City, State & ZIP Code | **C/o Charles H. Rosenberg** **2504 Harriman Circle** **Tallahassee, FL 32312** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Leon** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor    **Rose Printing Company, Inc.**                                    Case number *(if known)* _____
             Name

---

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    **Charles H. Rosenberg**                         Relationship    **sole stockholder**

District    **Northern District of Florida**    When    **8/22/18**    Case number, if known    **18-4040447**

---

Debtor    **Rose Printing Company, Inc.**                                    Case number (*if known*) _____
          Name

**11. Why is the case filed in this district?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Rose Printing Company, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2019**
MM / DD / YYYY

**X** **/s/ Charles H. Rosenberg**                    **Charles H. Rosenberg**
Signature of authorized representative of debtor        Printed name

Title    **President/ CEO**

**18. Signature of attorney**

**X** **/s/ Thomas B. Woodward**                    Date **April 25, 2019**
Signature of attorney for debtor                        MM / DD / YYYY

**Thomas B. Woodward 0185506**
Printed name

**Thomas B. Woodward**
Firm name

**Attorney at Law**
**P.O. Box 10058**
**Tallahassee, FL 32302**
Number, Street, City, State & ZIP Code

Contact phone    **850-222-4818**    Email address    **woodylaw@embarqmail.com**

**0185506 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Rose Printing Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2019**     X **/s/ Charles H. Rosenberg**
                                Signature of individual signing on behalf of debtor

                                **Charles H. Rosenberg**
                                Printed name

                                **President/ CEO**
                                Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rose Printing Company, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*.........................................................................................................   $    **3,150,000.00**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*......................................................................................................   $    **90,369.43**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*........................................................................................................   $    **3,240,369.43**

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $    **2,831,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    **307,862.43**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **1,191,438.49**

4.   **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b      $    **4,330,300.92**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rose Printing Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **BAnk of America** | **Checking/Operating** | $38,169.43 |
| 4. | **Other cash equivalents** *(Identify all)* | | |
| 5. | **Total of Part 1.** | | $38,169.43 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1. | **City of Taallahassee Utility Deposit** | **Unknown** |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 9. | **Total of Part 2.** | $0.00 |
| | Add lines 7 through 8. Copy the total to line 81. | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Rose Printing Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11b. Over 90 days old:  **262,500.00** - **237,500.00** =.... **$25,000.00**
face amount    doubtful or uncollectible accounts

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$25,000.00**

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Misc Office  supplies | | **$0.00** | | **$200.00** |

23.  **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.    **$200.00**

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Rose Printing Company, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="4"><strong>Part 7:</strong></td><td colspan="4"><strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** old furniture and file cabinets **Value Estimated** | **$0.00** | | **$2,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computer System [old XP, not supported]** | **$0.00** | | **Unknown** |
| | **VArious Computers and equipment** | **Unknown** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.                                                   **$2,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<table>
<tr><td colspan="2"><strong>Part 8:</strong></td><td colspan="4"><strong>Machinery, equipment, and vehicles</strong></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 9:</strong></td><td colspan="4"><strong>Real property</strong></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other | Nature and extent of debtor's interest | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Rose Printing Company, Inc.**                          Case number *(If known)* _____
          Name

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1.  **11000Sq. Ft. Wrehouse 2503 JacksonBlufff Road Tallahassee, FL 32304** | Fee simple | $397,107.00 | Appraisal | $3,150,000.00 |

56.  **Total of Part 9.**                                                                              | $3,150,000.00 |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property Future Rents Florida Emergency Management** | $0.00 | | $25,000.00 |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                             | $25,000.00 |

    Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

    ■ No
    ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rose Printing Company, Inc.**_____    Case number *(if known)* _____
           Name

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities**<br>**Term Life**<br>**ReReliastar [VOYA] Life Insurance Company$1,000,000**<br>**face value** | **$0.00** |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 78.    **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rose Printing Company, Inc.**
Name

Case number *(If known)*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $38,169.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $25,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $3,150,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $25,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $90,369.43 | + 91b. $3,150,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,240,369.43 |

**Fill in this information to identify the case:**

Debtor name    **Rose Printing Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **BAnk of the Ozarks**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**110000Sq. Ft. Wrehouse**<br>**2503 JacksonBlufff Road**<br>**pus rents**<br>**Tallahassee, FL  32304** | **$2,281,000.00** | **$3,150,000.00** |

**3102 N. Oak Street Extension**
**Valdosta, GA 31602**
Creditor's mailing address

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**2014**
**Last 4 digits of account number**
**unk**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BAnk of the Ozarks**
**2. Charles Rosenberg**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**  **Bank of the Ozarks**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Term Life**<br>**ReReliastar [VOYA] Life Insurance**<br>**Company$1,000,000 face value** | **$0.00** | **$0.00** |

**Attn: Michael Adkins**
**3102 N. Oak Street,**
**Extension**
**Valdosta, GA 31602**
Creditor's mailing address

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**2014**
**Last 4 digits of account number**
**uhk**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Rose Printing Company, Inc.**                        Case number (if know) _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Charles Rosenberg** | Describe debtor's property that is subject to a lien | $550,000.00 | $3,150,000.00 |
|---|---|---|---|---|

Creditor's Name

**2504 Harriman Circle
Tallahassee, FL 32312**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2016/2017/2018**

**Last 4 digits of account number
NA**

| Do multiple creditors have an interest in the same property? |
|---|
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **Specified on line 2.1** |

**11000Sq. Ft. Wrehouse
2503 JacksonBlufff Road
Tallahassee, FL  32304**

**Describe the lien
Second Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,831,000.00 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ron C. Bingham, II, Esq.
3424 Peachtree Road, NE, Ste. 1600
Atlanta, GA 30326** | Line  **2.1** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Rose Printing Company, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF FLORIDA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266,362.43** | **$0.00** |
|---|---|---|---|---|

**Charles Rosenberg**
**2504 Harriman Cirsle**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**various years**

Basis for the claim:
**VAcation Pay**
**5036.67 hours**

Last 4 digits of account number **3458**

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,500.00** | **$41,500.00** |
|---|---|---|---|---|

**Doris Maloy**
**Leon County Tax Collector**
**PO Box 1835**
**Tallahassee, FL 32302-1835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**real property taxes**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Rose Printing Company, Inc.** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,575.04**

**A-1 Business Systems**
**3365 Garber Drive**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

**Basis for the claim:** __Services__

Last 4 digits of account number __unk__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107,902.62**

**AAPSS**
**2060 CAlumet Street**
**Miami, FL 33265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$323.40**

**Able Lable**
**310 N Haven Street**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

**Basis for the claim:** __Products__

Last 4 digits of account number __9001__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$718.00**

**Acales Systems & Auto**
**P O Box 422**
**Sylvester, GA 31791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

**Basis for the claim:** __Services__

Last 4 digits of account number __5522__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,174.64**

**Action Electrical**
**2600 Collins Spring Drive, SE**
**Smyrna, GA 30080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/17/2017__

**Basis for the claim:** __Services__

Last 4 digits of account number __4082__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,947.58**

**American Express**
**PO Box 981540**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Charges__

Last 4 digits of account number __2002__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,597.00**

**American Express**
**PO Box 981540**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/18__

**Basis for the claim:** __Charges__

Last 4 digits of account number __5008__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rose Printing Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,477.00** |
|---|---|---|---|

**American Express**
PO Box 981540
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/18**

**Basis for the claim:**  **Charges**

Last 4 digits of account number  **2004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.06** |
|---|---|---|---|

**Anexter, Inc**
550 Appleyard FDrove
Tallahassee, FL 32304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

**Basis for the claim:**  **products**

Last 4 digits of account number  **unk**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,108.00** |
|---|---|---|---|

**Bank of America**
BAnkruptcy Dept.
NC 4-405-03-14
P O Box 26012
Greensboro, NC 27410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12**

**Basis for the claim:**  **Loan**

Last 4 digits of account number  **0522**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,195.00** |
|---|---|---|---|

**BB&T Bank**
P O Box 2027
Greenville, SC 29602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

**Basis for the claim:**  **Charges**

Last 4 digits of account number  **5263**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,359.47** |
|---|---|---|---|

**Berger Singerman**
350 E Las Olas Blvd., Ste. 1000
Fort Lauderdale, FL 33301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Services**

Last 4 digits of account number  **unk**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,912.85** |
|---|---|---|---|

**Bridge View Paper Company**
6101 Tacony Street
Philadelphia, PA 19135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Products**

Last 4 digits of account number  **ink**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,049.14** |
|---|---|---|---|

**Brunner Consultants**
3313 N  W 74th Ave.
Miami, FL 33122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Services**

Last 4 digits of account number  **unk**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Rose Printing Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169.28** |
|---|---|---|---|

**Budget Rent a Car System, LLC**
**300 Centre Point Drive**
**Virginia Beach, VA 23462**

Date(s) debt was incurred  12/20018

Last 4 digits of account number  0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SErvices**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Canon Financial Services, Inc.**
**C/o Stark & Kizner, PC**
**993  Lenox Drive, Bldg. #2**
**Lawrence Township, NJ 08648**

Date(s) debt was incurred  2017

Last 4 digits of account number  unk

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease default**
**foreign Judgment issued**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.40** |
|---|---|---|---|

**Capelouto Termite & Pest Control**
**700 Capital Circle NE**
**Tallahassee, FL 32301**

Date(s) debt was incurred  Junr & July 2018

Last 4 digits of account number  unk

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,009.06** |
|---|---|---|---|

**Caraustar**
**P O Box 935001**
**Atlanta, GA 31193**

Date(s) debt was incurred  12/2017

Last 4 digits of account number  unk

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Products**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,505.67** |
|---|---|---|---|

**Case Paper Company**
**3333 NW 116th Streeet**
**Miami, FL 33167**

Date(s) debt was incurred  2018

Last 4 digits of account number  unk

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Products**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185,000.00** |
|---|---|---|---|

**Centennial Bank**
**P O Box 966**
**Conway, AR 72033**

Date(s) debt was incurred  unk

Last 4 digits of account number  unk

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan  Default**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,200.00** |
|---|---|---|---|

**Centennial Bank**
**P O Box 966**
**Conway, AR 72033**

Date(s) debt was incurred  2018

Last 4 digits of account number  9165

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Rose Printing Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113,682.95** |
| | **Charles Rosenberg** | ☐ Contingent | |
| | **2504 Harriman Road** | ☐ Unliquidated | |
| | **Tallahassee, FL 32312** | ☐ Disputed | |
| | Date(s) debt was incurred  **2016/2017/2018** | Basis for the claim:  **Officer Loans** | |
| | Last 4 digits of account number  **5320** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,250.10** |
| | **D & K Custom Machines** | ☐ Contingent | |
| | **P O Box 5461** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **1504** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,302.00** |
| | **Direct Capital** | ☐ Contingent | |
| | **155 Commerece Way** | ☐ Unliquidated | |
| | **Portsmouth, NH 03801** | ☐ Disputed | |
| | Date(s) debt was incurred  **4/17** | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number  **7229** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$437.76** |
| | **Fed X** | ☐ Contingent | |
| | **P O Box 660481** | ☐ Unliquidated | |
| | **Sanger, TX 76266** | ☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **1716** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52.22** |
| | **Firetone Trading** | ☐ Contingent | |
| | **14 Gray Street** | ☐ Unliquidated | |
| | **Staten Island, NY 10304** | ☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Products** | |
| | Last 4 digits of account number  **1733** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$448.29** |
| | **FP Mailing Solutions** | ☐ Contingent | |
| | **140 N Mitchell Court** | ☐ Unliquidated | |
| | **Addison, IL 60101** | ☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **1865** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,844.50** |
| | **Fujifilm North America** | ☐ Contingent | |
| | **Graphic Systems Div** | ☐ Unliquidated | |
| | **201 NE 46th Street** | ☐ Disputed | |
| | **Kansas City, MO 64116** | | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **1865** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Rose Printing Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,203.58 |
| --- | --- | --- | --- |

**Gulf Packaging Inc.**
P O Box 999
Bay Minette, AL 36507

Date(s) debt was incurred __2017__

Last 4 digits of account number __3016__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Products__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,507.54 |
| --- | --- | --- | --- |

**Henkel Corporation**
P O Box 281666
Atlanta, GA 30384

Date(s) debt was incurred __2018__

Last 4 digits of account number __3043__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Products__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,427.02 |
| --- | --- | --- | --- |

**Huber Group**
485 A Commerce Park Drive
Marietta, GA 30060

Date(s) debt was incurred __2018__

Last 4 digits of account number __3083__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.89 |
| --- | --- | --- | --- |

**Hylton Paper Company**
400 Beningo Blvd
Bellmawr, NJ 08031

Date(s) debt was incurred __2014__

Last 4 digits of account number __3076__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Products__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.90 |
| --- | --- | --- | --- |

**KCW Electric Co., Inc.**
4765 Shelger Road
Tallahassee, FL 32305

Date(s) debt was incurred __2017__

Last 4 digits of account number __4115__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,759.83 |
| --- | --- | --- | --- |

**Kingsport Book**
A/R P O Box 1318
Church Hill, TN 37642

Date(s) debt was incurred __2017__

Last 4 digits of account number __4145__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Products__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,101.90 |
| --- | --- | --- | --- |

**Labor Finders**
P O Box 33125
Tallahassee, FL 32315

Date(s) debt was incurred __2017__

Last 4 digits of account number __4218__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Rose Printing Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,974.13** |
|---|---|---|---|
| | **MAC Papers**<br>**P O Box 930513**<br>**Atlanta, GA 31193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Products** | |
| | Last 4 digits of account number  **2888** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,178.47** |
|---|---|---|---|
| | **Maxcess Americas, Inc.**<br>**2503 S West 8th Vve**<br>**Camas, WA 98607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Products** | |
| | Last 4 digits of account number  **7186** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$168.81** |
|---|---|---|---|
| | **Metal Magic**<br>**5108 S 25th Street**<br>**Isanti, MN 55040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **4379** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$622.04** |
|---|---|---|---|
| | **Mincom Business Forms**<br>**P O Box 20816**<br>** AZ 85227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Products** | |
| | Last 4 digits of account number  **4431** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,357.02** |
|---|---|---|---|
| | **Mowrey Law Firm, PA**<br>**515 N Adams Street**<br>**Tallahassee, FL 32301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017/2018** | Basis for the claim:  **Legal Services** | |
| | Last 4 digits of account number  **4484** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,905.75** |
|---|---|---|---|
| | **Muller-Martini Corp.**<br>**465 Wheeler Road**<br>**Hauppauge, NY 11788** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Products** | |
| | Last 4 digits of account number  **4492** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132.87** |
|---|---|---|---|
| | **NesSmith**<br>**536 E 4th Street**<br>**Jacksonville, FL 32206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Products** | |
| | Last 4 digits of account number  **4578** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Rose Printing Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |
|---|---|---|---|

**Parients First Appleyard**
**505 Appleyrd Drive**
**Tallahassee, FL 32304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Services**

Last 4 digits of account number  **5064**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |
|---|---|---|---|

**Peddie Chemical Company**
**P O Box 2495**
**Tallahassee, FL 32304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:  Products**

Last 4 digits of account number  **5076**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,130.23** |
|---|---|---|---|

**Pemco, Inc.**
**801 Blackloon Raod SW, Ste. R**
**Conyers, GA 30012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Products**

Last 4 digits of account number  **5079**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Phoenix Fire Protection**
**P O Box 180021**
**Tallahassee, FL 32318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Services**

Last 4 digits of account number  **5105**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118.34** |
|---|---|---|---|

**R & L Carriers**
**P O Box 405939**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:  Services**

Last 4 digits of account number  **5219**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$397.60** |
|---|---|---|---|

**Rapid Refill Ink**
**1846 Thomasville Road**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017/2018**

**Basis for the claim:  Products**

Last 4 digits of account number  **5257**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**Rumble's Oes**
**P O box89**
**Thomasville, GA 31799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:  Products**

Last 4 digits of account number  **5635**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Rose Printing Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,409.82** |
|---|---|---|---|

**Ryder**
**P O Box 402366**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Services**

Last 4 digits of account number **5356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,277.30** |
|---|---|---|---|

**Shibuya Hoppmann Corp.**
**7849 Coppermine Drive**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

**Basis for the claim:** **Products**

Last 4 digits of account number **5586**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$167.51** |
|---|---|---|---|

**Staples**
**Dept. ATL**
**P O Box 405386**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Products**

Last 4 digits of account number **5717**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$473.00** |
|---|---|---|---|

**Support Products**
**P O box 1185**
**Effingham, IL 62401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

**Basis for the claim:** **Products**

Last 4 digits of account number **7024**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$286.00** |
|---|---|---|---|

**TKM United States, Inc.**
**P O box 644643**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

**Basis for the claim:** **Products**

Last 4 digits of account number **7196**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,247.34** |
|---|---|---|---|

**U Line, Inc.**
**P O Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Products**

Last 4 digits of account number **9009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,536.70** |
|---|---|---|---|

**Update, Ltd.**
**134 Peavy Circle**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Products**

Last 4 digits of account number **9101**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rose Printing Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42.62 |
|---|---|---|---|

**UPS**
**P O Box 7247-0244**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Services**

Last 4 digits of account number  **9103**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.24 |
|---|---|---|---|

**UPS Freight**
**P O Box 1959**
**ATTN: Christine Brown**
**Scranton, PA 18501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2018**

**Basis for the claim:**  **Services**

Last 4 digits of account number  **unk**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80,400.67 |
|---|---|---|---|

**Veritiv**
**P O Box 409884**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017/2018**

**Basis for the claim:**  **Products**

Last 4 digits of account number  **9020**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,017.81 |
|---|---|---|---|

**Veritiv Operating Company**
**C/o Louderemilk Law Firm, PA**
**1207 Saratota Center Blvd.**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:**  **Services**

Last 4 digits of account number  **0363**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $713.33 |
|---|---|---|---|

**White Birch Paper Co.**
**80 Field Point Road**
**New Haven, CT 06530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017/2018**

**Basis for the claim:**  **Products**

Last 4 digits of account number  **9245**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,521.20 |
|---|---|---|---|

**Worldwide Express**
**P O Box 733360**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Services**

Last 4 digits of account number  **9289**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Keith L. Bell, Esq.**<br>**106 East College Ave., Ste. 600**<br>**Tallahassee, FL 32301** | Line  **3.20**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Rose Printing Company, Inc.**
_____
Name

Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 307,862.43 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,191,438.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,499,300.92 |

**Fill in this information to identify the case:**

Debtor name    **Rose Printing Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
  ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
  (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **First Mortgage** | |
| State the term remaining — **in default, underin forebaerence** | **Bank of the Ozarks** |
| List the contract number of any government contract | **3102 N Oals Street, Ext. Valdosta, GA 31602** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Loan, in litigation** | |
| State the term remaining — **in default** | **Centennial Bank** |
| List the contract number of any government contract | **P O Box 966 Conway, AR 72033** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **REal Estate Listing Agreement** | |
| State the term remaining — **UNK** | **NAI  TALCOR ATTN: ED Murry** |
| List the contract number of any government contract | **1018 Thomasville Road, Stre. 200 Tallahassee, FL 32303** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **warehuse space lease for adjusters** | |
| State the term remaining — **1month** | **State of Florida Div of Emergency Management** |
| List the contract number of any government contract | **2055 Shurmand Drive Tallahassee, FL 32317** |

**Fill in this information to identify the case:**

Debtor name    **Rose Printing Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Charles H Rosenberg** | **2504 Harriman Circle Tallahassee, FL 32308** | **American Express** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.2 | **Charles H. Rosenberg** | **2504 Harriman Circle Tallahassee, FL 32312** | **BAnk of the Ozarks** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Charles H. Rosenberg** | **2504 Harriman Circle Tallahassee, FL 32312** | **American Express** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.4 | **Charles H. Rosenberg** | **2504 Harriman Circle Tallahassee, FL 32312** | **American Express** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.5 | **Charles H. Rosenberg** | **2504 Hrriman Circle Tallahassee, FL 32312** | **BB&T Bank** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

Debtor    **Rose Printing Company, Inc.**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Charles H. Rosenberg | 2504 Harriman Circle Tallahassee, FL 32312 | Canon Financial Services, Inc. | ☐ D _____ ■ E/F  **3.16** ☐ G _____ |
| 2.7 | Charles H. Rosenberg | 2504 Harriman Circle Tallahassee, FL 32312 | Centennial Bank | ☐ D _____ ■ E/F  **3.20** ☐ G _____ |
| 2.8 | Charles H. Rosenberg | 2504 HArriman Circle Tallahassee, FL 32312 | Direct Capital | ☐ D _____ ■ E/F  **3.24** ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Rose Printing Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$102,900.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$2,517,917.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$2,551,068.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Rose Printing Company, Inc.**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Centennial Bank**<br>**P O Box 966**<br>**Conway, AR 72033** | **2018** | **$68,000.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Bank of the Ozarks** | **Monthly/2017**<br>**&2018** | **$12,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Charles Rosenberg**<br>**2504 Harriman Circle**<br>**Tallahassee, FL 32308**<br>**Owner** | **Misc** | **Unknown** | **Repair, reinbursements** |
| 4.2. **Maybry Realty**<br>**2504 Harriman Circle**<br>**Tallahassee, FL 32308**<br>**None** | **1/2019** | **$5,000.00** | **utiity loan repayment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **CAanon Financial Service**<br>**C/o Stark & Stark, PC**<br>**993 Lenox Drive, Bldg #2**<br>**Lawrence Township, NJ 08648** | **Copiers/Printers** | | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

| Debtor | Rose Printing Company, Inc. | Case number (if known) | |
|---|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Centennial Bank<br>vs<br>Rose Printing Company, Inc.<br>et al<br>4:18-ov-00288** | **Money Loaned** | **U S District Court<br>NDFL<br>111 N. Monroe Street<br>Tallahassee, FL 32301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Canon Financial Services,<br>Inc.<br>vs<br>Debtor** | **Lease Defaulr<br>damages** | **Superior Court of New<br>Jersey<br>49 Rancocas Road<br>Mount Holly, NJ 08060** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Roff Damage fro Huricane Michael** | **None** | **10/2018** | **$200,000.00** |
| **Computer Theft** | **None** | | **$10,000.00** |
| **O & E Claim** | **None** | **2/2018** | **$35,000.00** |

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Rose Printing Company, Inc.**                    Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Thomas B. Woodward** **Thomas Woodward Law Firm, PLLC** **P O Box 10058** **Tallahassee, FL 32302** | check | **2/2019** | **$5,500.00** |
| **Email or website address** **tomwoodwardlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Bank of The Ozark** | **MFG Equipment/ t auction** | **07/2018** | **$28,500.00** |
| **Relationship to debtor** **Lender** | | | |
| 13.2. **Liberty Paper** | ulk Paper | **1/2019** | **$21,844.05** |
| **Relationship to debtor** **None** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Rose Printing Company, Inc.**                          Case number *(if known)*

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** Tallahassee, FL 32301 | XXXX- | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☑ Other **Payroll Acct** | 11/2018 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **Rose Printing Company, Inc.**                                    Case number *(if known)* _____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

| **Part 12:** | **Details About Environment Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

   | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
   | --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
   | --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
   | --- | --- | --- | --- |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

   | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
   | --- | --- | --- |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

   | Name and address | Date of service<br>From-To |
   | --- | --- |

---

Debtor    **Rose Printing Company, Inc.**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Charles Rosenberg**<br>**2504 Harriman Circle**<br>**Tallahassee, FL 32308** | **Daily** |
| 26a.2.    **Brbara Whithers, CPA**<br>**P O Box 626**<br>**Panacea, FL 32346** | **Monthly** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Charles Rosenberg**<br>**2504 Harriman Circle**<br>**Tallahassee, FL 32308** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chqrlws Rosenberg** | **2504 Harriman Circle**<br>**Tallahassee, FL 32308** | **CEO/ CFO** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Rose Printing Company, Inc.**                                   Case number *(if known)*

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __April 25, 2019__

__/s/ Charles H. Rosenberg__                          __Charles H. Rosenberg__
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   __President/ CEO__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Florida

In re    **Rose Printing Company, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,500.00** |
| Prior to the filing of this statement I have received | $ | **5,500.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 25, 2019**

*Date*

/s/ Thomas B. Woodward

**Thomas B. Woodward 0185506**
*Signature of Attorney*
**Thomas B. Woodward**
**Attorney at Law**
**P.O. Box 10058**
**Tallahassee, FL 32302**
**850-222-4818  Fax: 1-844-741-5720**
**woodylaw@embarqmail.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Florida

In re   **Rose Printing Company, Inc.**                                    Case No.
                                                    Debtor(s)        Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President/ CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **April 25, 2019**                          **/s/ Charles H. Rosenberg**
                                                    **Charles H. Rosenberg**/**President/ CEO**
                                                    Signer/Title

Thomas B. Woodward
Thomas B. Woodward
Attorney at Law
P.O. Box 10058
Tallahassee, FL 32302

Rose Printing Company, Inc.
C/o Charles H. Rosenberg
2504 Harriman Circle
Tallahassee, FL 32312

A-1 Business Systems
3365 Garber Drive
Tallahassee, FL 32303

AAPSS
2060 CAlumet Street
Miami, FL 33265

Able Lable
310 N Haven Street
Spokane, WA 99202

Acales Systems & Auto
P O Box 422
Sylvester, GA 31791

Action Electrical
2600 Collins Spring Drive, SE
Smyrna, GA 30080

American Express
PO Box 981540
El Paso, TX 79998-1535

Anexter, Inc
550 Appleyard FDrove
Tallahassee, FL 32304

Bank of America
BAnkruptcy Dept.
NC 4-405-03-14
P O Box 26012
Greensboro, NC 27410

BAnk of the Ozarks
3102 N. Oak Street Extension
Valdosta, GA 31602

Bank of the Ozarks
Attn: Michael Adkins
3102 N. Oak Street, Extension
Valdosta, GA 31602

BB&T Bank
P O Box 2027
Greenville, SC 29602

Berger Singerman
350 E Las Olas Blvd., Ste. 1000
Fort Lauderdale, FL 33301

Bridge View Paper Company
6101 Tacony Street
Philadelphia, PA 19135

Brunner Consultants
3313 N  W 74th Ave.
Miami, FL 33122

Budget Rent a Car System, LLC
300 Centre Point Drive
Virginia Beach, VA 23462

Canon Financial Services, Inc.
C/o Stark & Kizner, PC
993  Lenox Drive, Bldg. #2
Lawrence Township, NJ 08648

Capelouto Termite & Pest Control
700 Capital Circle NE
Tallahassee, FL 32301

Caraustar
P O Box 935001
Atlanta, GA 31193

Case Paper Company
3333 NW 116th Streeet
Miami, FL 33167

Centennial Bank
P O Box 966
Conway, AR 72033

Charles Rosenberg
2504 Harriman Road
Tallahassee, FL 32312

Charles Rosenberg
2504 Harriman Circle
Tallahassee, FL 32312

Charles Rosenberg
2504 Harriman Cirsle
Tallahassee, FL 32308

D & K Custom Machines
P O Box 5461
Carol Stream, IL 60197

Direct Capital
155 Commerece Way
Portsmouth, NH 03801

Doris Maloy
Leon County Tax Collector
PO Box 1835
Tallahassee, FL 32302-1835

KCW Electric Co., Inc.
4765 Shelger Road
Tallahassee, FL 32305

Muller-Martini Corp.
465 Wheeler Road
Hauppauge, NY 11788

Fed X
P O Box 660481
Sanger, TX 76266

Keith L. Bell, Esq.
106 East College Ave., Ste. 600
Tallahassee, FL 32301

NAI  TALCOR
ATTN: ED Murry
1018 Thomasville Road, Stre. 200
Tallahassee, FL 32303

Firetone Trading
14 Gray Street
Staten Island, NY 10304

Kingsport Book
A/R P O Box 1318
Church Hill, TN 37642

NesSmith
536 E 4th Street
Jacksonville, FL 32206

FP Mailing Solutions
140 N Mitchell Court
Addison, IL 60101

Labor Finders
P O Box 33125
Tallahassee, FL 32315

Parients First Appleyard
505 Appleyrd Drive
Tallahassee, FL 32304

Fujifilm North America
Graphic Systems Div
201 NE 46th Street
Kansas City, MO 64116

MAC Papers
P O Box 930513
Atlanta, GA 31193

Peddie Chemical Company
P O Box 2495
Tallahassee, FL 32304

Gulf Packaging Inc.
P O Box 999
Bay Minette, AL 36507

Maxcess Americas, Inc.
2503 S West 8th Vve
Camas, WA 98607

Pemco, Inc.
801 Blackloon Raod SW, Ste. R
Conyers, GA 30012

Henkel Corporation
P O Box 281666
Atlanta, GA 30384

Metal Magic
5108 S 25th Street
Isanti, MN 55040

Phoenix Fire Protection
P O Box 180021
Tallahassee, FL 32318

Huber Group
485 A Commerce Park Drive
Marietta, GA 30060

Mincom Business Forms
P O Box 20816
AZ 85227

R & L Carriers
P O Box 405939
Atlanta, GA 30384

Hylton Paper Company
400 Beningo Blvd
Bellmawr, NJ 08031

Mowrey Law Firm, PA
515 N Adams Street
Tallahassee, FL 32301

Rapid Refill Ink
1846 Thomasville Road
Tallahassee, FL 32303

Ron C. Bingham, II, Esq.
3424 Peachtree Road, NE, Ste. 1600
Atlanta, GA 30326

UPS
P O Box 7247-0244
Philadelphia, PA 19170

Rumble's Oes
P O box89
Thomasville, GA 31799

UPS Freight
P O Box 1959
ATTN: Christine Brown
Scranton, PA 18501

Ryder
P O Box 402366
Atlanta, GA 30384

Veritiv
P O Box 409884
Atlanta, GA 30384

Shibuya Hoppmann Corp.
7849 Coppermine Drive
Manassas, VA 20109

Veritiv Operating Company
C/o Louderemilk Law Firm, PA
1207 Saratota Center Blvd.
Sarasota, FL 34240

Staples
Dept. ATL
P O Box 405386
Atlanta, GA 30384

White Birch Paper Co.
80 Field Point Road
New Haven, CT 06530

Support Products
P O box 1185
Effingham, IL 62401

Worldwide Express
P O Box 733360
Dallas, TX 75373

TKM United States, Inc.
P O box 644643
Pittsburgh, PA 15264

U Line, Inc.
P O Box 88741
Chicago, IL 60680

Update, Ltd.
134 Peavy Circle
Chaska, MN 55318

# United States Bankruptcy Court
## Northern District of Florida

In re  **Rose Printing Company, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Rose Printing Company, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Charles Rosenberg**
**2504 Harriman Circle**
**Tallahassee, FL 32308**

☐ None [*Check if applicable*]

**April 25, 2019**

Date

**/s/ Thomas B. Woodward**
**Thomas B. Woodward 0185506**
Signature of Attorney or Litigant
Counsel for    **Rose Printing Company, Inc.**
**Thomas B. Woodward**
**Attorney at Law**
**P.O. Box 10058**
**Tallahassee, FL 32302**
**850-222-4818 Fax:1-844-741-5720**
**woodylaw@embarqmail.com**