UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  
ROSE PRINTING COMPANY, INC.

CASE NO.: 19-40222--KKS

CHAPTER 7

Debtor.

_____/

## NOTICE OF FILING AMENDED SCHEDULE E/F: CREDITOR'S WHO HAVE UNSECURED CLAIMS

Notice is hereby given of the Debtor's filing of his Amended Schedule E/F, as attached hereto,

I declare under penalty of perjury that I have read the foregoing Schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Submitted this 11th day of September, 2091.

/S/Charles Rosenberg

Thomas B. Woodward  
Of Counsel  
Bruner Wright, P.A.  
Attorney for Debtor  
FL Bar No.: 0185506  
2810 Remington Green Circle  
Tallahassee, FL 32308  
(850) 222-4818270-244 [Fax]  
twoodward@brunerwright.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served with a copy of the Courts Section n341 Notice upon those parties on the attached interested parties matrix by electronic filing and the parties set forth on the attached Amended matrix by U S Mail this 11th day of September, 2019.

/S/ Thomas B. Woodward

## AMENDED MATRIX

Marpan Trash
6020 Woodville Hwy
Tallahassee, FL  32301

Prestige Insurance Estimating and Appraisals, Corp
and Appraisals Corp.
ATTN: Fred Fernandez
16170 NE 11Court
N Miami Beach, FL  33162

Engle Martin & Associates
ATTN: Buzz Carroll
5565 Glenridge Connector, Ste 500
Atlanta, GA  30342

Brown nd Brown
ATTN: Ron Trent
3520 Thomasville Road, Ste.500
Tallahassee, FL  32312

Labor Finders
P O Box 3715
Tallahassee, FL  32315

Ssafety Kleen
N. Central Pkwy, Ste. 400
Richardson TX  75080

# Mailing Information for Case 19-40222-KKS

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Keith L. Bell**    kbell@clarkpartington.com,
  egordon@clarkpartington.com;cbloor@clarkpartington.com;ldunlap@clarkpartington.com
- **Theresa M. Bender**    tmbenderch7@gmail.com,
  FL62@ecfcbis.com;tbenderassist@yahoo.com;tmbenderch7@ecf.inforuptcy.com
- **Jamie Wathen Olinto**    jamie.olinto@arlaw.com,
  Catherine.quindoza@arlaw.com;richene.oliver@arlaw.com
- **United States Trustee**    USTPRegion21.TL.ECF@usdoj.gov
- **Thomas B. Woodward**    woodylaw@embarqmail.com,
  twright@brunerwright.com;melanie@brunerwright.com
- **George L. Zinkler**    gzinkler@rprslaw.com, gzinkler.ecf@rprslaw.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Theresa M. Bender, P.A.**
PO Box 14557
Tallahasse, FL 32317

**Douglas L. Brooks**
P.O. Box 8477
Atlanta, GA 31106

**Colleen Castille**
1400 Villiage Square Blvd. Ste. #3-302
Tallahassee, FL 32312

**Sarah Granger Henning**
Keller Williams Town and Country Realty
1520 Killearn Center Boulevard
Suite 100
Tallahassee, FL 32309

**State of Florida**
Div of Emergency Management
2055 Shurmand Drive
Tallahassee, FL 32317

**Terra Land Group, LLC.**
Attn: John "Al" Russell

1400 Village Square Blvd., Suite 3-302
Tallahassee, FL 32312

**Thomson Brock Luger & Company**
3375-G Capital Circle N.E.
Tallahassee, FL 32308

**Veritiv Operating Company**
c/o Loudermilk Law Firm, PA
1800 Second Street
Suite 717
Sarasota, FL 34236

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

**Fill in this information to identify the case:**

Debtor name: Rose Printing Company, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known): 19-40222

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Charles Rosenberg**<br>**2504 Harriman Cirsle**<br>**Tallahassee, FL 32308** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $266,362.43 | $0.00 |
| Date or dates debt was incurred<br>**various years** | Basis for the claim:<br>**VAcation Pay**<br>**5036.67 hours** | | |
| Last 4 digits of account number **3458**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Doris Maloy**<br>**Leon County Tax Collector**<br>**PO Box 1835**<br>**Tallahassee, FL 32302-1835** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41,500.00 | $41,500.00 |
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**real property taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor  **Rose Printing Company, Inc.**                                      Case number (if known)  **19-40222**
        Name

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A-1 Business Systems**<br>3365 Garber Drive<br>Tallahassee, FL 32303<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,575.04 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AAPSS**<br>2060 CAlumet Street<br>Miami, FL 33265<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $107,902.62 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Able Lable**<br>310 N Haven Street<br>Spokane, WA 99202<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  9001 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Products**<br>Is the claim subject to offset? ■ No  ☐ Yes | $323.40 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Acales Systems & Auto**<br>P O Box 422<br>Sylvester, GA 31791<br>Date(s) debt was incurred  2015<br>Last 4 digits of account number  5522 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $718.00 |
| **3.5** | Nonpriority creditor's name and mailing address<br>**Action Electrical**<br>2600 Collins Spring Drive, SE<br>Smyrna, GA 30080<br>Date(s) debt was incurred  11/17/2017<br>Last 4 digits of account number  4082 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,174.64 |
| **3.6** | Nonpriority creditor's name and mailing address<br>**American Express**<br>PO Box 981540<br>El Paso, TX 79998-1535<br>Date(s) debt was incurred  2017<br>Last 4 digits of account number  2002 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Charges**<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,947.58 |
| **3.7** | Nonpriority creditor's name and mailing address<br>**American Express**<br>PO Box 981540<br>El Paso, TX 79998-1535<br>Date(s) debt was incurred  7/18<br>Last 4 digits of account number  5008 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Charges**<br>Is the claim subject to offset? ■ No  ☐ Yes | $34,597.00 |

| Debtor | Rose Printing Company, Inc. | Case number (if known) | 19-40222 |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address<br>American Express<br>PO Box 981540<br>El Paso, TX 79998-1535<br>Date(s) debt was incurred  7/18<br>Last 4 digits of account number  2004 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Charges<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $21,477.00 |
|---|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address<br>Anexter, Inc<br>550 Appleyard FDrove<br>Tallahassee, FL 32304<br>Date(s) debt was incurred  11/2017<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  products<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $42.06 |
| 3.10 | Nonpriority creditor's name and mailing address<br>arch sPECIALTY iNSURANCE cO.<br>2345 gRAND bLVD., sTE. 900<br>Kansas City, MO 64108<br>Date(s) debt was incurred  2019<br>Last 4 digits of account number  1205 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Insurance<br>**ADDED CREDITOR**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.11 | Nonpriority creditor's name and mailing address<br>Bank of America<br>BAnkruptcy Dept.<br>NC 4-405-03-14<br>P O Box 26012<br>Greensboro, NC 27410<br>Date(s) debt was incurred  6/12<br>Last 4 digits of account number  0522 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Loan<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $95,108.00 |
| 3.12 | Nonpriority creditor's name and mailing address<br>BB&T Bank<br>P O Box 2027<br>Greenville, SC 29602<br>Date(s) debt was incurred  2013<br>Last 4 digits of account number  5263 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Charges<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $9,195.00 |
| 3.13 | Nonpriority creditor's name and mailing address<br>Berger Singerman<br>350 E Las Olas Blvd., Ste. 1000<br>Fort Lauderdale, FL 33301<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $9,359.47 |
| 3.14 | Nonpriority creditor's name and mailing address<br>Bridge View Paper Company<br>6101 Tacony Street<br>Philadelphia, PA 19135<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  ink | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Products<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $8,912.85 |

| Debtor | Rose Printing Company, Inc. | Case number (if known) | 19-40222 |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address<br>Brown and Brown<br>ATTN: Ron Trent<br>3520 Thomasville Road, Ste. 500<br>Tallahassee, FL 32312<br>Date(s) debt was incurred  2019<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  services<br><br>**AEEDED CREDITOR**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |
|---|---|---|---|
| 3.16 | Nonpriority creditor's name and mailing address<br>Brunner Consultants<br>3313 N W 74th Ave.<br>Miami, FL 33122<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Services<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $7,049.14 |
| 3.17 | Nonpriority creditor's name and mailing address<br>Budget Rent a Car System, LLC<br>300 Centre Point Drive<br>Virginia Beach, VA 23462<br>Date(s) debt was incurred  12/20018<br>Last 4 digits of account number  0001 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SErvices<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $169.28 |
| 3.18 | Nonpriority creditor's name and mailing address<br>Canon Financial Services, Inc.<br>C/o Stark & Kizner, PC<br>993 Lenox Drive, Bldg. #2<br>Lawrence Township, NJ 08648<br>Date(s) debt was incurred  2017<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Lease default foreign Judgment issued<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $250,000.00 |
| 3.19 | Nonpriority creditor's name and mailing address<br>Capelouto Termite & Pest Control<br>700 Capital Circle NE<br>Tallahassee, FL 32301<br>Date(s) debt was incurred  Junr & July 2018<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Services<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $120.40 |
| 3.20 | Nonpriority creditor's name and mailing address<br>Caraustar<br>P O Box 935001<br>Atlanta, GA 31193<br>Date(s) debt was incurred  12/2017<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Products<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,009.06 |
| 3.21 | Nonpriority creditor's name and mailing address<br>Case Paper Company<br>3333 NW 116th Streeet<br>Miami, FL 33167<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Products<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $22,505.67 |

Debtor  Rose Printing Company, Inc.                                    Case number (if known)  19-40222

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Centennial Bank<br>P O Box 966<br>Conway, AR 72033<br>Date(s) debt was incurred  unk<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Loan Default**<br>Is the claim subject to offset? ■ No  ☐ Yes |   $185,000.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Centennial Bank<br>P O Box 966<br>Conway, AR 72033<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  9165 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes |   $13,200.00 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Charles Rosenberg<br>2504 Harriman Road<br>Tallahassee, FL 32312<br>Date(s) debt was incurred  2016/2017/2018<br>Last 4 digits of account number  5320 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Officer Loans**<br>Is the claim subject to offset? ■ No  ☐ Yes |   $113,682.95 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>City of Tallahassee<br>300 S. Adams Street<br>Tallahassee, FL 32304<br>Date(s) debt was incurred  2019<br>Last 4 digits of account number  5610 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Utilities**<br>**ADDED CREDITOR**<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>D & K Custom Machines<br>P O Box 5461<br>Carol Stream, IL 60197<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  1504 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes |   $3,250.10 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Direct Capital<br>155 Commerece Way<br>Portsmouth, NH 03801<br>Date(s) debt was incurred  4/17<br>Last 4 digits of account number  7229 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes |   $24,302.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Engle & Associates<br>ATTN: Buzz Carroll<br>5565 Gelnridge Connector, Ste. 500<br>Atlanta, GA 30342<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  unk | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **seevices**<br>**ADDED CREDITOR**<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| Debtor | Rose Printing Company, Inc. | Case number (if known) | 19-40222 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Fed X<br>P O Box 660481<br>Sanger, TX 76266<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **1716** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $437.76 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Firetone Trading<br>14 Gray Street<br>Staten Island, NY 10304<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **1733** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Products**<br>Is the claim subject to offset? ■ No ☐ Yes | $52.22 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>FP Mailing Solutions<br>140 N Mitchell Court<br>Addison, IL 60101<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **1865** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $448.29 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Fujifilm North America<br>Graphic Systems Div<br>201 NE 46th Street<br>Kansas City, MO 64116<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **1865** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $9,844.50 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Gulf Packaging Inc.<br>P O Box 999<br>Bay Minette, AL 36507<br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number **3016** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Products**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,203.58 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Henkel Corporation<br>P O Box 281666<br>Atlanta, GA 30384<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **3043** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Products**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,507.54 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Huber Group<br>485 A Commerce Park Drive<br>Marietta, GA 30060<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **3083** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,427.02 |

| Debtor | Rose Printing Company, Inc. | Case number (if known) | 19-40222 |
|---|---|---|---|

### 3.36 Hylton Paper Company
400 Beningo Blvd
Bellmawr, NJ 08031
Date(s) debt was incurred **2014**
Last 4 digits of account number **3076**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Products**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,850.89**

### 3.37 KCW Electric Co., Inc.
4765 Shelger Road
Tallahassee, FL 32305
Date(s) debt was incurred **2017**
Last 4 digits of account number **4115**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$98.90**

### 3.38 Kingsport Book
A/R P O Box 1318
Church Hill, TN 37642
Date(s) debt was incurred **2017**
Last 4 digits of account number **4145**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Products**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,759.83**

### 3.39 Labor Finders
P O Box 33125
Tallahassee, FL 32315
Date(s) debt was incurred **2017**
Last 4 digits of account number **4218**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,101.90**

### 3.40 Labor Finders
P O Box 37125
Tallahassee, FL 32315
Date(s) debt was incurred **2019**
Last 4 digits of account number **unk**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

**ADDED CREDITOR**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,541.93**

### 3.41 MAC Papers
P O Box 930513
Atlanta, GA 31193
Date(s) debt was incurred **2018**
Last 4 digits of account number **2888**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Products**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,974.13**

### 3.42 Marpan Trash
6020 Woodville Hwy
Tallahassee, FL 32301
Date(s) debt was incurred **2019**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**
**ADED CREDITOR**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

| Debtor | Rose Printing Company, Inc. | Case number (if known) | 19-40222 |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address<br>Maxcess Americas, Inc.<br>2503 S West 8th Vve<br>Camas, WA 98607<br>Date(s) debt was incurred 2017<br>Last 4 digits of account number 7186 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Products<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,178.47 |
|---|---|---|---|
| 3.44 | Nonpriority creditor's name and mailing address<br>Metal Magic<br>5108 S 25th Street<br>Isanti, MN 55040<br>Date(s) debt was incurred 2018<br>Last 4 digits of account number 4379 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Services<br>Is the claim subject to offset? ■ No  ☐ Yes | $168.81 |
| 3.45 | Nonpriority creditor's name and mailing address<br>Mincom Business Forms<br>P O Box 20816<br>AZ 85227<br>Date(s) debt was incurred 2018<br>Last 4 digits of account number 4431 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Products<br>Is the claim subject to offset? ■ No  ☐ Yes | $622.04 |
| 3.46 | Nonpriority creditor's name and mailing address<br>Mowrey Law Firm, PA<br>515 N Adams Street<br>Tallahassee, FL 32301<br>Date(s) debt was incurred 2017/2018<br>Last 4 digits of account number 4484 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Legal Services<br>Is the claim subject to offset? ■ No  ☐ Yes | $22,357.02 |
| 3.47 | Nonpriority creditor's name and mailing address<br>Muller-Martini Corp.<br>465 Wheeler Road<br>Hauppauge, NY 11788<br>Date(s) debt was incurred 2018<br>Last 4 digits of account number 4492 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Products<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,905.75 |
| 3.48 | Nonpriority creditor's name and mailing address<br>NesSmith<br>536 E 4th Street<br>Jacksonville, FL 32206<br>Date(s) debt was incurred 2018<br>Last 4 digits of account number 4578 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Products<br>Is the claim subject to offset? ■ No  ☐ Yes | $132.87 |
| 3.49 | Nonpriority creditor's name and mailing address<br>Parients First Appleyard<br>505 Appleyrd Drive<br>Tallahassee, FL 32304<br>Date(s) debt was incurred 2017<br>Last 4 digits of account number 5064 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Services<br>Is the claim subject to offset? ■ No  ☐ Yes | $98.00 |

| Debtor | Rose Printing Company, Inc. | Case number (if known) | 19-40222 |
|---|---|---|---|

### 3.50
**Nonpriority creditor's name and mailing address**
Peddie Chemical Company
P O Box 2495
Tallahassee, FL 32304

Date(s) debt was incurred **2018**
Last 4 digits of account number **5076**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Products**

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

### 3.51
**Nonpriority creditor's name and mailing address**
Pemco, Inc.
801 Blackloon Raod SW, Ste. R
Conyers, GA 30012

Date(s) debt was incurred **2017**
Last 4 digits of account number **5079**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Products**

Is the claim subject to offset? ■ No ☐ Yes

**$1,130.23**

### 3.52
**Nonpriority creditor's name and mailing address**
Phoenix Fire Protection
P O Box 180021
Tallahassee, FL 32318

Date(s) debt was incurred **2017**
Last 4 digits of account number **5105**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

### 3.53
**Nonpriority creditor's name and mailing address**
Prestige Insurance Estinating and Apprai
ATTN: Fred Fernandez
16170 NE 11th Court
Miami, FL 33162

Date(s) debt was incurred **2019**
Last 4 digits of account number **UNK**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**
**ADDED CREDITOR**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

### 3.54
**Nonpriority creditor's name and mailing address**
R & L Carriers
P O Box 405939
Atlanta, GA 30384

Date(s) debt was incurred **2018**
Last 4 digits of account number **5219**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$118.34**

### 3.55
**Nonpriority creditor's name and mailing address**
Rapid Refill Ink
1846 Thomasville Road
Tallahassee, FL 32303

Date(s) debt was incurred **2017/2018**
Last 4 digits of account number **5257**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Products**

Is the claim subject to offset? ■ No ☐ Yes

**$397.60**

### 3.56
**Nonpriority creditor's name and mailing address**
Rumble's Oes
P O box89
Thomasville, GA 31799

Date(s) debt was incurred **2018**
Last 4 digits of account number **5635**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Products**

Is the claim subject to offset? ■ No ☐ Yes

**$345.00**

| Debtor | Rose Printing Company, Inc. | Case number (if known) | 19-40222 |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address<br>Ryder<br>P O Box 402366<br>Atlanta, GA 30384<br>Date(s) debt was incurred 2018<br>Last 4 digits of account number 5356 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,409.82 |
|---|---|---|---|
| 3.58 | Nonpriority creditor's name and mailing address<br>Safety Kleen<br>2600 N Central Pkwy, Ste. 400<br>Richardson, TX 75080<br>Date(s) debt was incurred 2019<br>Last 4 digits of account number 7174 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **services**<br>**ADDED CREDITOR**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.59 | Nonpriority creditor's name and mailing address<br>Shibuya Hoppmann Corp.<br>7849 Coppermine Drive<br>Manassas, VA 20109<br>Date(s) debt was incurred 2017<br>Last 4 digits of account number 5586 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Products**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,277.30 |
| 3.60 | Nonpriority creditor's name and mailing address<br>Staples<br>Dept. ATL<br>P O Box 405386<br>Atlanta, GA 30384<br>Date(s) debt was incurred 2018<br>Last 4 digits of account number 5717 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Products**<br>Is the claim subject to offset? ■ No ☐ Yes | $167.51 |
| 3.61 | Nonpriority creditor's name and mailing address<br>Support Products<br>P O box 1185<br>Effingham, IL 62401<br>Date(s) debt was incurred 2017<br>Last 4 digits of account number 7024 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Products**<br>Is the claim subject to offset? ■ No ☐ Yes | $473.00 |
| 3.62 | Nonpriority creditor's name and mailing address<br>TKM United States, Inc.<br>P O box 644643<br>Pittsburgh, PA 15264<br>Date(s) debt was incurred 2017<br>Last 4 digits of account number 7196 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Products**<br>Is the claim subject to offset? ■ No ☐ Yes | $286.00 |
| 3.63 | Nonpriority creditor's name and mailing address<br>U Line, Inc.<br>P O Box 88741<br>Chicago, IL 60680<br>Date(s) debt was incurred 2018<br>Last 4 digits of account number 9009 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Products**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,247.34 |

| Debtor | Rose Printing Company, Inc. | Case number (if known) | 19-40222 |
|---|---|---|---|

**3.64** Nonpriority creditor's name and mailing address
Update, Ltd.
134 Peavy Circle
Chaska, MN 55318

Date(s) debt was incurred  2018
Last 4 digits of account number  9101

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Products**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,536.70

---

**3.65** Nonpriority creditor's name and mailing address
UPS
P O Box 7247-0244
Philadelphia, PA 19170

Date(s) debt was incurred  2019
Last 4 digits of account number  9103

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$42.62

---

**3.66** Nonpriority creditor's name and mailing address
UPS Freight
P O Box 1959
ATTN: Christine Brown
Scranton, PA 18501

Date(s) debt was incurred  12/2018
Last 4 digits of account number  unk

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$3,500.24

---

**3.67** Nonpriority creditor's name and mailing address
Veritiv
P O Box 409884
Atlanta, GA 30384

Date(s) debt was incurred  2017/2018
Last 4 digits of account number  9020

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Products**

Is the claim subject to offset?  ■ No  ☐ Yes

$80,400.67

---

**3.68** Nonpriority creditor's name and mailing address
Veritiv Operating Company
C/o Louderemilk Law Firm, PA
1207 Saratota Center Blvd.
Sarasota, FL 34240

Date(s) debt was incurred  2017
Last 4 digits of account number  0363

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$100,017.81

---

**3.69** Nonpriority creditor's name and mailing address
White Birch Paper Co.
80 Field Point Road
New Haven, CT 06530

Date(s) debt was incurred  2017/2018
Last 4 digits of account number  9245

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Products**

Is the claim subject to offset?  ■ No  ☐ Yes

$713.33

---

**3.70** Nonpriority creditor's name and mailing address
Worldwide Express
P O Box 733360
Dallas, TX 75373

Date(s) debt was incurred  2018
Last 4 digits of account number  9289

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,521.20

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Rose Printing Company, Inc. | Case number (if known) | 19-40222 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Keith L. Bell, Esq.<br>106 East College Ave., Ste. 600<br>Tallahassee, FL 32301 | Line 3.22<br>☐ Not listed. Explain ____ | — |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 307,862.43 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,192,980.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,500,842.85 |

| Information to identify the case: | | |
|---|---|---|
| Debtor  Rose Printing Company, Inc.  Name | EIN  59-0601308 | |
| United States Bankruptcy Court   Northern District of Florida  Case number:  19-40222-KKS | Date case filed for chapter 7   4/25/19 | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case

07/18

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully. To protect your rights, consult an attorney.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov to quickly receive court-issued notices and orders by email. This program is FREE.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtor's full name | Rose Printing Company, Inc. | |
|---|---|---|
| 2. All other names used in the last 8 years | | |
| 3. Address | C/o Charles H. Rosenberg  2504 Harriman Circle  Tallahassee, FL 32312 | |
| 4. Debtor's attorney  Name and address | Thomas B. Woodward  Thomas B. Woodward, Atty.  P.O. Box 10058  Tallahassee, FL 32302 | Contact phone 850-222-4818  Email: woodylaw@embarqmail.com |
| 5. Bankruptcy trustee  Name and address | Theresa M. Bender  P.O. Box 14557  Tallahassee, FL 32317 | Contact phone 850-205-7777  Email:  tmbenderch7@gmail.com |
| 6. Bankruptcy clerk's office  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 110 E. Park Ave., Ste. 100  Tallahassee, FL 32301 | Hours open 9:00am – 4:00pm  Contact phone 850-521-5001  Date: 4/26/19 |
| 7. Meeting of creditors  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | May 24, 2019 at 09:30 AM, ET  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  110 E. Park Avenue, Room 004, Tallahassee, FL |
| 8. Proof of claim  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.  If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline