# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:**  19-40222TLH4 KKS

**Case Name:**  ROSE PRINTING COMPANY, INC.

**Period Ending:**  12/31/19

**Trustee:**  (290820)     Theresa M. Bender, Trustee

**Filed (f) or Converted (c):** 04/25/19 (f)

**§341(a) Meeting Date:**  05/24/19

**Claims Bar Date:**  08/15/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1    11000Sq. Ft. Wrehouse 2503 JacksonBlufff Road Ta<br>  CURRENT VALUE IS GROSS BASED ON CURRENT CONTRACT BEING CONSIDERED BY ESTATE AND CREDITOR-SHORT SALE<br><br>Orig. Description: 11000Sq. Ft. Wrehouse 2503 JacksonBlufff Road Tallahassee, FL 32304, Fee simple, Valuation Method: Appraisal; Imported from original petition Doc# 1; Lien: Date debt was incurred: 2014 Multiple Creditors: 1. BAnk of the Ozarks, 2. Charles Rosenberg<br>Property subject to lien: HOOOOSq. Ft. Wrehouse 2503 JacksonBlufff Road pus rents Tallahassee, FL 32304<br>Describe the lien: First Mortgage<br>$3,150,000.00<br>Creditor insider or related Party?: No<br>Is anyone else liable on this claim?: Yes  -  Amount: 2281000.00; Lien: Date debt was incurred: 2016/2017/2018<br>Multiple Creditors: Specified on line 2.1<br>Property subject to lien: 11000Sq. Ft. Wrehouse 2503 JacksonBlufff Road Tallahassee, FL 32304<br>Describe the lien: Second Mortgage<br>$3,150,000.00<br>Creditor insider or related Party?: No<br>Is anyone else liable on this claim?: No  -  Amount: 550000.00 | 3,150,000.00 | 319,000.00 | | 1,300,000.00 | 200,000.00 |

**Form 1**

Page: 2

**Individual Estate Property Record and Report**
**Asset Cases**

**Case Number:** 19-40222TLH4 KKS

**Case Name:** ROSE PRINTING COMPANY, INC.

**Period Ending:** 12/31/19

**Trustee:** (290820)   Theresa M. Bender, Trustee

**Filed (f) or Converted (c):** 04/25/19 (f)

**§341(a) Meeting Date:** 05/24/19

**Claims Bar Date:** 08/15/19

| Ref. # | 1 <br> Asset Description <br> (Scheduled And Unscheduled (u) Property) | 2 <br> Petition/ <br> Unscheduled <br> Values | 3 <br> Estimated Net Value <br> (Value Determined By Trustee, <br> Less Liens, Exemptions, <br> and Other Costs) | 4 <br> Property <br> Abandoned <br> OA=§554(a) abandon. | 5 <br> Sale/Funds <br> Received by <br> the Estate | 6 <br> Asset Fully <br> Administered (FA)/ <br> Gross Value of <br> Remaining Assets |
|---|---|---|---|---|---|---|
| 2 | Checking/Operating Account at BAnk of America <br> Orig. Description: Checking/Operating Account at BAnk of America; Imported from original petition Doc# 1 | 38,169.43 | 38,169.43 | | 6,570.38 | FA |
| 3 | City of Taallahassee Utility Deposit <br> Orig. Description: City of Taallahassee Utility Deposit; Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 4 | Term Life ReReliastar [VOYA] Life Insurance Comp <br> Orig. Description: Term Life ReReliastar [VOYA] Life Insurance Company$1,000,000 face value; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Future Rents Florida Emergency Management. <br> Orig. Description: Future Rents Florida Emergency Management.; Imported from original petition Doc# 1 | 25,000.00 | 32,022.00 | | 32,359.94 | FA |
| 6 | A/R Over 90 days old. Face amount = $262,500.00. CATHOLIC SERVICES, see asset 12 <br> Orig. Description: A/R Over 90 days old. Face amount = $262,500.00. Doubtful/Uncollectible accounts = $237,500.00.; Imported from original petition Doc# 1 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 7 | old furniture and file cabinets Value Estimated. <br> Orig. Description: old furniture and file cabinets Value Estimated.; Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 437.00 | FA |
| 8 | Computer System [old XP, not supported]. <br> Orig. Description: Computer System [old XP, not supported].; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

**Case Number:** 19-40222TLH4 KKS

**Case Name:** ROSE PRINTING COMPANY, INC.

**Period Ending:** 12/31/19

**Trustee:** (290820)   Theresa M. Bender, Trustee

**Filed (f) or Converted (c):** 04/25/19 (f)

**§341(a) Meeting Date:** 05/24/19

**Claims Bar Date:** 08/15/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | VArious Computers and equipment.<br>   Orig. Description: VArious Computers and equipment.;<br>Imported from original petition Doc# 1 | Unknown | 0.00 | OA | 0.00 | FA |
| 10 | Other inventory or supplies: Misc Office supplie<br>   Orig. Description: Other inventory or supplies: Misc<br>Office supplies, Net Book Value: $0.00; Imported from<br>original petition Doc# 1 | 200.00 | 200.00 | | 75.00 | FA |
| 11 | ACCOUNTS RECEIVABLE-BRET THOMAN  (u)<br>   PADRE PIO REPRINT -150 BOOKS-UNDER LIEN TO<br>CENTENNIAL | 673.23 | 673.23 | | 673.23 | FA |
| 12 | ACCOUNTS RECEIVABLE-PFAFF FINANCIAL<br>ADVISORS  (u)<br>   4150 BOOKS-UNDER LIEN TO CENTINNIAL | 10,277.77 | 10,277.77 | | 10,227.77 | FA |
| 13 | ACCOUNTS RECEIVABLE-MOR PRINTING-CH 11<br>BKRPTCY  (u)<br>   PAYMENTS MADE THROUGH CHAPTER 11 MOR<br>PRINTING. | 2,109.59 | 2,109.59 | | 586.95 | 1,522.64 |
| 14 | RENTS ASSOCIATED WITH LEASING OUT ASSET 1 | 20,000.00 | 20,000.00 | | 17,333.33 | FA |
| 15 | 2018 940 REFUND  (u)<br>   UNDISCLOSED CHECK FOUND ON OFFICE DESK | 486.97 | 486.97 | | 0.00 | FA |
| 16 | INSURANCE COVERAGE FOR ROOF DAMAGED BY<br>HURRICANE  (u)<br>   INSURANCE UNDERWRITER DENIED COVERAGE | Unknown | 750,000.00 | | 0.00 | FA |

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-40222TLH4 KKS
**Case Name:** ROSE PRINTING COMPANY, INC.

**Period Ending:** 12/31/19

**Trustee:** (290820)   Theresa M. Bender, Trustee
**Filed (f) or Converted (c):** 04/25/19 (f)
**§341(a) Meeting Date:** 05/24/19
**Claims Bar Date:** 08/15/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | CONTAINERBOARD ANTITRUST LIT/SETTLEMENT (u)<br>CAME IN MAIL-NOT SCHEDULED OR DISCLOSED | 272.45 | 272.45 | | 272.45 | FA |
| 18 | NORSAM TECHNOLOGIES, INC (u)<br>UNSCHEDULED-NORSAM ADVISED TRUSTEE OF<br>SHARES HELD BY DEBTOR-SOLD AFTER CPA<br>REVIEW INFORMATION . | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 19 | WELLS FARGO VENDOR FIN SERV (u)<br>UNSCHEDULED REFUND OF ESTIMATED<br>PTAX-CLOSED ACCT #7718501001 | 0.00 | 117.61 | | 117.61 | FA |
| 20 | CLAIM VS. JEFFREY ETHERIDGE-GARNISHMENT (u)<br>PRE-PETITION GARNISHMENT ACTION/CLAIM REP<br>BY DOUGLAS BROOKS | 3,040.26 | 3,040.26 | | 3,635.09 | FA |
| **20** | **Assets** **Totals** (Excluding unknown values) | **$3,277,229.70** | **$1,209,369.31** | | **$1,378,288.75** | **$201,522.64** |

**Major Activities Affecting Case Closing:**

2/20/20-REV FOR IR
12/27/19- CLOSED ON REAL PROPERTY
11/13/19-FILE MOTION TO SELL

10/27/19-FINALIZE DRAFT MOTION TO SELL-EMAIL TO JO
10/23/19-EMAIL FROM JO RE REQUESTING TRUSTEE TO FILE MOTION TO SELL/
10/23/19-REVIEWED SECURED CLAIMS/JUNIOR LIENHOLDERS, EMAILS REQUESTING TO AMEND TO UNSECURED STATUS.

9/3/19-CONTINUE TO MARKET AND ACCEPT BIDS/CREDITOR GETTING OWN APPRAISAL

Printed: 02/24/2020 02:04 PM   V.14.65

## Form 1

Page: 5

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:**   19-40222TLH4 KKS
**Case Name:**   ROSE PRINTING COMPANY, INC.

**Trustee:**   (290820)   Theresa M. Bender, Trustee
**Filed (f) or Converted (c):** 04/25/19 (f)
**§341(a) Meeting Date:**   05/24/19
**Claims Bar Date:**   08/15/19

**Period Ending:**   12/31/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

8/23/19-4 OFFERS-RECEIVED/ PER UNDERSTANDING WITH CREDITOR-ALL OFFERS REJECTED

8/19/19-report of sale filed #49

7/24/19-TELCONF WITH CC RE STATUS OF PROPERTY/FIRST OFFER/ TELCONF WITH JO RE APPLICATION, FIRST OFFER, MOVING FORWARD AND SETTING TIMELINES; APPLICATION TO EMPLOY SPECIAL COUNSEL RE GARNISHMENT ACTION.

7/17/19-RE-INSPECT WAREHOUSE, REMAINING PP, LAWN
7/15/19-REVIEW DRAFT CONTRACT, CC SENT TO THIRD PARTY BROKER AND CITY

7/15/19-CONF WITH JO FOR LENDER-STATUS UPDATE
7/15/2019-CONF WITH CC RE INSURANCE/ROOF.
7/13/19-EMERGENCY CALL FROM CC RE WATER LEAK, INSPECT, TURN OFF WATER, CALL PLUMBER

7/3/19-REVIEW EMAIL FROM JP OF NORSAM TECH-FORWARDED TO CPA FOR VALUATION

7/3/19-RESOLVED UTITLITIES, BILL TO BE SENT AND PAID, ROOFING CONTRACTOR RE-INSPECTED ROOF AND WILL PROVIDE AN UPDATED ESTIMATE AS THEIR PROPOSAL IS A YEAR OLD, CC TO GET INSURANCE REPORT FROM CR. SH TO GET EXECUTIVE OFFICE SUPPLY IN TO PICK UP ASSETS PURCHASED AND GET CHECK; REVIEW REMAINING ASSETS FOR DONATION OR TRASH; CHECKING IF TARP ROOF IS AVAILABLE AND CLEANUP OF WATER; PAID LAWN SERVICE; CITY OF TALLAHASSEE MAY BE INTERESTED IN RP; ALSO SIMON ROSENBERG SHOWED AN INTEREST; LEFT MESSAGE WITH JESSICA BLAKE ON OFFICE AND CELL AS TO DELINQUENT PAYMENT FROM STATE OF FLORIDA EMERGENCY MANAGEMENT AGENCY-DEMAND PAYMENT.

5/21/19-LEASED?
5/21/19-INSURANCE CONNECTED-KNOW WHO TO PAY, LAWN CARE, AND UTILTITIES

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-40222TLH4 KKS

**Case Name:** ROSE PRINTING COMPANY, INC.

**Period Ending:** 12/31/19

**Trustee:** (290820)   Theresa M. Bender, Trustee

**Filed (f) or Converted (c):** 04/25/19 (f)

**§341(a) Meeting Date:** 05/24/19

**Claims Bar Date:** 08/15/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

5/17/19-SECOND MESSAGE FOR BROWN AND BROWN INSURANCE-WROTE EMAIL AS FOLLOW UP WITH NOTICE OF COMMENCEMENT ATTACHED.

5/16/19-OPERATING ORDER ENTERED

**Initial Projected Date Of Final Report (TFR):** December 30, 2020

**Current Projected Date Of Final Report (TFR):** December 30, 2020

_____
February 24, 2020
Date

/s/ Theresa M. Bender, Trustee
_____
Theresa M. Bender, Trustee

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 19-40222TLH4 KKS
**Case Name:** ROSE PRINTING COMPANY, INC.

**Taxpayer ID #:** **-***1308
**Period Ending:** 12/31/19

**Trustee:** Theresa M. Bender, Trustee (290820)
**Bank Name:** Mechanics Bank
**Account:** ******5766 - Checking Account
**Blanket Bond:** $6,868,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/23/19 | {11} | BRET THOMAN | A/R FOR BOOKS | 1221-000 | 673.23 | | 673.23 |
| 05/23/19 | {2} | ROSE PRINTING COMPANY | CLOSED BANK ACCOUNT | 1129-000 | 6,570.38 | | 7,243.61 |
| 05/24/19 | 101 | IMPERIAL PFS CORPORATION | 3 MONTH INSURANCE PREMIUMS-ACCT #FLS-27528 PER OPERATING ORDER DOC. 17 | 2420-750 | | 4,554.05 | 2,689.56 |
| 05/26/19 | {13} | MOR PRINTING | RECEIVABLE FROM A PRINTING COMPANY IN CHAPTER 11 | 1221-000 | 369.43 | | 3,058.99 |
| 05/30/19 | {12} | ARCHDIOCESE OF ST. LOUIS | A/R FOR BOOKS | 1221-000 | 8,001.00 | | 11,059.99 |
| 06/24/19 | {14} | MOVE AND STORE | DEPOSIT FOR LEASE OF ASSET 1 PER OPERATING ORDER #17 | 1122-001 | 5,333.33 | | 16,393.32 |
| 06/26/19 | {12} | DIOCESE OF ST. PETERSBURG | AR FOR BOOKS AS SCHEDULED | 1221-000 | 2,266.77 | | 18,660.09 |
| 06/26/19 | {12} | DIOCESE OF ST. PETERS | REDUCE BY $40 TO CORRECT VALUE OF DEPOSIT | 1221-000 | -40.00 | | 18,620.09 |
| 06/28/19 | 102 | BRIAN  WEATHERS | LAWN CARE PER OPERATING ORDER DOC. 17 | 2420-000 | | 800.00 | 17,820.09 |
| 07/08/19 | 103 | CITY OF TALLAHASSEE UTILITIES | PER OPERATING ORDER DOC. 17/  ACCT NO.6635975610 DEPOSIT ON ACCOUNT | 2420-000 | | 5,300.00 | 12,520.09 |
| 07/08/19 | 104 | CITY OF TALLAHASSEE UTILITIES | PER OPERATING ORDER DOC. 17/  ACCT NO.6635975610 PAYMENT OF MAY AND JUNE ON ACCOUNT | 2420-000 | | 8,379.39 | 4,140.70 |
| 07/15/19 | {15} | US TREASURY | PAYMENT OF REFUND ON 2018 940 RETURN | 1224-000 | 486.97 | | 4,627.67 |
| 07/15/19 | {14} | MOVE AND STORE, LLC | PAYMENT OF RENTS PER DOC. 17 | 1122-000 | 4,000.00 | | 8,627.67 |
| 07/15/19 | {15} | US TREASURY | Reversed Deposit 100006 1 PAYMENT OF REFUND ON 2018 940 RETURN | 1224-000 | -486.97 | | 8,140.70 |
| 07/23/19 | 105 | BRIAN  WEATHERS | LAWNCARE PER DOC. 17 | 2420-000 | | 300.00 | 7,840.70 |
| 07/23/19 | 106 | KEITH MCNEILL PLUMBING, INC. | REPAIR BURST PIPE PER DOC. 17 | 2420-000 | | 314.68 | 7,526.02 |

**Subtotals :**          $27,174.14          $19,648.12

{} Asset reference(s)

Printed: 02/24/2020 02:04 PM     V.14.65

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 19-40222TLH4 KKS | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | ROSE PRINTING COMPANY, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5766 - Checking Account |
| Taxpayer ID #: | **-***1308 | | Blanket Bond: | $6,868,000.00   (per case limit) |
| Period Ending: | 12/31/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/25/19 | {17} | CONTAINERBOARD ANTITRUST LITIGATION | UNDISCLOSED SETTLEMENT OF ANITTRUST LIGITATION/SETTLEMENT-LAST AND FINAL PAYMENT | 1249-000 | 272.45 | | 7,798.47 |
| 07/30/19 | {7} | EXECUTIVE OFFICE SUPPLY | PAYMENT FOR PURCHASE #38 | 1129-000 | 437.00 | | 8,235.47 |
| 08/05/19 | {5} | STATE OF FLORIDA DEPT OF FINANCIAL SERVICES | PAYMENT ON RENTS DUE | 1129-000 | 31,980.00 | | 40,215.47 |
| 08/05/19 | {10} | WILLIAM WILSON | SALE OF DISPLAY PER DOC.40 | 1129-000 | 75.00 | | 40,290.47 |
| 08/07/19 | | Transition Transfer Debit | | 9999-000 | | 40,290.47 | 0.00 |
| | | **ACCOUNT TOTALS** | | | **59,938.59** | **59,938.59** | **$0.00** |
| | | Less: Bank Transfers | | | 0.00 | 40,290.47 | |
| | | **Subtotal** | | | **59,938.59** | **19,648.12** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$59,938.59** | **$19,648.12** | |

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 19-40222TLH4 KKS | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|
| Case Name: | ROSE PRINTING COMPANY, INC. | Bank Name: | United Bank |
| | | Account: | ********2690 - Checking Account |
| Taxpayer ID #: | **-***1308 | Blanket Bond: | $6,868,000.00  (per case limit) |
| Period Ending: | 12/31/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/19 | | Transfer from 0061 to 2690 | Transfer from 0061 to 2690 | 9999-000 | 40,290.47 | | 40,290.47 |
| 08/12/19 | {14} | MOVE AND STORE, LLC | PAYMENT OF RENTS PER DOC. 17 | 1122-000 | 4,000.00 | | 44,290.47 |
| 08/13/19 | {18} | NORSAM TECHNOLOGIES, INC | PAYMENT FOR SHARES PER DOC. 49 | 1229-000 | 6,000.00 | | 50,290.47 |
| 08/14/19 | 10107 | BRIAN WEATHERS | LAWN CARE PER DOC. 17 | 2420-000 | | 375.00 | 49,915.47 |
| 08/14/19 | 10108 | COLLEEN CASTILLE | PAYMENT PER DOC. 57 | 2420-000 | | 3,000.00 | 46,915.47 |
| 08/14/19 | 10109 | CITY OF TALLAHASSEE | JULY 17, 2019 STATMENT FOR UTILITIES PER DOC. 17 | 2420-000 | | 4,192.61 | 42,722.86 |
| 08/14/19 | 10110 | IFS CORPORATION | PAYMENT OF INSURANCE PER DOC. 17 | 2420-000 | | 1,567.79 | 41,155.07 |
| 08/16/19 | {19} | WELLS FARGO VENDOR FIN SERV | REFUND OF PTAX ON CLOSED ACCT | 1224-000 | 117.61 | | 41,272.68 |
| 08/22/19 | {13} | MOR PRINTING | PAYMENT PER CHAPTER 11 PLAN | 1221-000 | 108.76 | | 41,381.44 |
| 09/09/19 | {5} | STATE OF FLORIDA DEPT OF FINANCIAL SERVICES | INTEREST AND PENALITES ON LATE PAYMENT ASSET 5 | 1129-000 | 379.94 | | 41,761.38 |
| 09/09/19 | {20} | DOUGLAS BROOKS | PAYMENT PER ASSET 20 | 1249-000 | 3,040.26 | | 44,801.64 |
| 09/11/19 | 10111 | CITY OF TALLAHASSEE | PAYMENT OF UTILITY BILL PER OPERATING ORDER #17 ACCT: 6635975610 | 2420-000 | | 6,221.15 | 38,580.49 |
| 09/11/19 | 10112 | IFS CORPORATION | PAYMENT OF INSURANCE PER DOC. #17-ACCOUNT #FLS-27528 | 2420-000 | | 1,493.13 | 37,087.36 |
| 09/16/19 | 10113 | BRIAN WEATHERS | LAWN CARE PER OPERATING ORDER DOC. 17 | 2420-000 | | 400.00 | 36,687.36 |
| 09/18/19 | {20} | DOUGLAS BROOKS PC | PAYMENT OF RETAINED EXPENSES FOR ASSET 20 | 1249-000 | 165.16 | | 36,852.52 |
| 09/23/19 | 10114 | CITY OF TALLAHASSEE | PAYMENT OF UTILITIES PER OPERATING ORDER #17; ACCOUNT #6635975610 | 2420-000 | | 5,263.50 | 31,589.02 |
| 09/24/19 | {14} | MOVE AND STORE, LLC | PAYMENT PER DOC. 17 | 1122-000 | 4,000.00 | | 35,589.02 |
| 10/18/19 | 10115 | IFS CORPORATION | PAYMENT OF INSURANCE FOR OCT ACCT#FLS-27528  PER DOC. 17 | 2420-000 | | 1,567.79 | 34,021.23 |

Subtotals :          $58,102.20          $24,080.97

{} Asset reference(s)

Printed: 02/24/2020 02:04 PM    V.14.65

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:**   19-40222TLH4 KKS
**Case Name:**   ROSE PRINTING COMPANY, INC.

**Taxpayer ID #:**   **-***1308
**Period Ending:**   12/31/19

**Trustee:**   Theresa M. Bender, Trustee (290820)
**Bank Name:**   United Bank
**Account:**   ********2690 - Checking Account
**Blanket Bond:**   $6,868,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/18/19 | 10116 | CITY OF TALLAHASSEE | PAYMENT OF OCT UTILITIES ACCT#6635975610 PER DOC 17 | 2420-000 | | 3,871.43 | 30,149.80 |
| 10/29/19 | {14} | MOVE AND STORE | PAYMENT PER DOC. 17 | 1122-000 | 4,000.00 | | 34,149.80 |
| 11/15/19 | {20} | DOUGLAS BROOKS | PAYMENT PER DOC. 20 | 1249-000 | 429.67 | | 34,579.47 |
| 11/19/19 | 10117 | IFS CORPORATION | PAYMENT OF INSURANCE BILL PER DOC 17 | 2420-000 | | 1,411.00 | 33,168.47 |
| 11/19/19 | 10118 | BRIAN WEATHERS | LAWN CARE PER DOC.17 | 2420-000 | | 1,000.00 | 32,168.47 |
| 11/20/19 | {13} | MOR PRINTING | PAYMENT ON ASSET 13 | 1221-000 | 108.76 | | 32,277.23 |
| 11/22/19 | 10119 {14} | MOVE AND STORE, LLC | REFUND OF DEPOSIT PER DOC. 17 | 1122-000 | -4,000.00 | | 28,277.23 |
| 12/09/19 | | CITY OF TALLAHASSEE | PAYMENT OF REFUND FROM UTILITY DEPOSIT | 2690-000 | | -3,463.08 | 31,740.31 |
| 12/27/19 | | SMITH THOMPSON SHAW | PAYMENT/CARVEOUT PER DOC. 82 | | 100,000.00 | | 131,740.31 |
| | {1} | | CONTRACT PRICE    1,300,000.00 | 1110-000 | | | 131,740.31 |
| | | Bank of the Ozarks | PAYOFF OF FIRST MORTGAGE    -1,141,185.23 | 4110-000 | | | 131,740.31 |
| | | | REAL ESTATE COMMISSION    -26,000.00 | 3510-000 | | | 131,740.31 |
| | | | REAL ESTATE TAXES    -32,814.77 | 4700-070 | | | 131,740.31 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 158,640.63 | 26,900.32 | **$131,740.31** |
| Less: Bank Transfers | | 40,290.47 | 0.00 | |
| **Subtotal** | | 118,350.16 | 26,900.32 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$118,350.16** | **$26,900.32** | |

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:**  19-40222TLH4 KKS
**Case Name:**  ROSE PRINTING COMPANY, INC.

**Taxpayer ID #:**  **-***1308
**Period Ending:**  12/31/19

**Trustee:**  Theresa M. Bender, Trustee (290820)
**Bank Name:**  United Bank
**Account:**  ********2690 - Checking Account
**Blanket Bond:**  $6,868,000.00  (per case limit)
**Separate Bond:**  N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5766** | 59,938.59 | 19,648.12 | 0.00 |
| **Checking # ********2690** | 118,350.16 | 26,900.32 | 131,740.31 |
| | $178,288.75 | $46,548.44 | $131,740.31 |

{} Asset reference(s)