# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

In re: ROSE PRINTING COMPANY, INC.  § Case No. 19-40222TLH4
§
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 25, 2019.  The undersigned trustee was appointed on April 25, 2019.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          1,378,697.51

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 1,174,000.00 |
| Administrative expenses | 79,898.69 |
| Bank service fees | 955.36 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 123,843.46 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 08/15/2019 and the deadline for filing governmental claims was 10/22/2019.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $64,610.93.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $64,610.93, for a total compensation of $64,610.93.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,560.34, for total expenses of $1,560.34.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/25/2021          By:/s/Theresa M. Bender, Trustee
                          Trustee, Bar No.: 0749486

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 19-40222TLH4 | **Trustee:** (290820) Theresa M. Bender, Trustee |
| **Case Name:** ROSE PRINTING COMPANY, INC. | **Filed (f) or Converted (c):** 04/25/19 (f) |
| | **§341(a) Meeting Date:** 05/24/19 |
| **Period Ending:** 02/25/21 | **Claims Bar Date:** 08/15/19 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11000Sq. Ft. Wrehouse 2503 JacksonBluff Road Ta<br>  CURRENT VALUE IS GROSS BASED ON<br>CURRENT CONTRACT BEING CONSIDERED BY<br>ESTATE AND CREDITOR-SHORT SALE<br><br>Orig. Description: 11000Sq. Ft. Wrehouse 2503<br>JacksonBlufff Road Tallahassee, FL 32304, Fee<br>simple, Valuation Method: Appraisal; Imported from<br>original petition Doc# 1; Lien: Date debt was incurred:<br>2014<br>Multiple Creditors: 1. BAnk of the Ozarks, 2. Charles<br>Rosenberg<br>Property subject to lien: HOOOOSq. Ft. Wrehouse<br>2503 JacksonBlufff Road pus rents Tallahassee, FL<br>32304<br>Describe the lien: First Mortgage<br>$3,150,000.00<br>Creditor insider or related Party?: No<br>Is anyone else liable on this claim?: Yes  Amount:<br>2281000.00; Lien: Date debt was incurred:<br>2016/2017/2018<br>Multiple Creditors: Specified on line 2.1<br>Property subject to lien: 11000Sq. Ft. Wrehouse 2503<br>JacksonBlufff Road Tallahassee, FL 32304<br>Describe the lien: Second Mortgage<br>$3,150,000.00<br>Creditor insider or related Party?: No<br>Is anyone else liable on this claim?: No  -  Amount:<br>550000.00 | 3,150,000.00 | 319,000.00 | | 1,300,000.00 | FA |
| 2 | Checking/Operating Account at BAnk of America<br>  Orig. Description: Checking/Operating Account at<br>BAnk of America; Imported from original petition Doc#<br>1 | 38,169.43 | 38,169.43 | | 6,570.38 | FA |
| 3 | City of Taallahassee Utility Deposit<br>  Orig. Description: City of Taallahassee Utility<br>Deposit; Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 4 | Term Life ReReliastar [VOYA] Life Insurance Comp | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-40222TLH4

**Case Name:** ROSE PRINTING COMPANY, INC.

**Period Ending:** 02/25/21

**Trustee:** (290820) Theresa M. Bender, Trustee

**Filed (f) or Converted (c):** 04/25/19 (f)

**§341(a) Meeting Date:** 05/24/19

**Claims Bar Date:** 08/15/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: Term Life ReReliastar [VOYA] Life Insurance Company$1,000,000 face value; Imported from original petition Doc# 1 | | | | | |
| 5 | Future Rents Florida Emergency Management.<br>Orig. Description: Future Rents Florida Emergency Management.; Imported from original petition Doc# 1 | 25,000.00 | 32,022.00 | | 32,359.94 | FA |
| 6 | A/R Over 90 days old. Face amount = $262,500.00. CATHOLIC SERVICES, see asset 12<br>Orig. Description: A/R Over 90 days old. Face amount = $262,500.00. Doubtful/Uncollectible accounts = $237,500.00.; Imported from original petition Doc# 1 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 7 | old furniture and file cabinets Value Estimated.<br>Orig. Description: old furniture and file cabinets Value Estimated.; Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 437.00 | FA |
| 8 | Computer System [old XP, not supported].<br>Orig. Description: Computer System [old XP, not supported].; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 9 | VArious Computers and equipment.<br>Orig. Description: VArious Computers and equipment.; Imported from original petition Doc# 1 | Unknown | 0.00 | OA | 0.00 | FA |
| 10 | Other inventory or supplies: Misc Office supplie<br>Orig. Description: Other inventory or supplies: Misc Office supplies, Net Book Value: $0.00; Imported from original petition Doc# 1 | 200.00 | 200.00 | | 75.00 | FA |
| 11 | ACCOUNTS RECEIVABLE-BRET THOMAN (u)<br>PADRE PIO REPRINT -150 BOOKS-UNDER LIEN TO CENTENNIAL | 673.23 | 673.23 | | 673.23 | FA |
| 12 | ACCOUNTS RECEIVABLE-PFAFF FINANCIAL ADVISORS (u)<br>4150 BOOKS-UNDER LIEN TO CENTINNIAL | 10,277.77 | 10,277.77 | | 10,227.77 | FA |
| 13 | ACCOUNTS RECEIVABLE-MOR PRINTING, CH 11 PLAN (u)<br>PAYMENTS MADE THROUGH CHAPTER 11 MOR PRINTING. | 2,109.59 | 2,109.59 | | 995.71 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-40222TLH4
**Case Name:** ROSE PRINTING COMPANY, INC.

**Period Ending:** 02/25/21

**Trustee:** (290820) Theresa M. Bender, Trustee
**Filed (f) or Converted (c):** 04/25/19 (f)
**§341(a) Meeting Date:** 05/24/19
**Claims Bar Date:** 08/15/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | RENTS ASSOCIATED WITH LEASING OUT ASSET 1 | 20,000.00 | 20,000.00 | | 17,333.33 | FA |
| 15 | 2018 940 REFUND (u)<br>   UNDISCLOSED CHECK FOUND ON OFFICE DESK | 486.97 | 486.97 | | 0.00 | FA |
| 16 | INSURANCE COVERAGE FOR ROOF DAMAGED BY HURRICANE (u)<br>   INSURANCE UNDERWRITER DENIED COVERAGE | Unknown | 750,000.00 | | 0.00 | FA |
| 17 | CONTAINERBOARD ANTITRUST LIT/SETTLEMENT (u)<br>   CAME IN MAIL-NOT SCHEDULED OR DISCLOSED | 272.45 | 272.45 | | 272.45 | FA |
| 18 | NORSAM TECHNOLOGIES, INC (u)<br>   UNSCHEDULED-NORSAM ADVISED TRUSTEE OF SHARES HELD BY DEBTOR-SOLD AFTER CPA REVIEW INFORMATION . | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 19 | WELLS FARGO VENDOR FIN SERV (u)<br>   UNSCHEDULED REFUND OF ESTIMATED PTAX-CLOSED ACCT #7718501001 | 0.00 | 117.61 | | 117.61 | FA |
| 20 | CLAIM VS. JEFFREY ETHERIDGE-GARNISHMENT (u)<br>   PRE-PETITION GARNISHMENT ACTION/CLAIM REP BY DOUGLAS BROOKS | 3,635.09 | 3,635.09 | | 3,635.09 | FA |
| 20 | **Assets**   **Totals** (Excluding unknown values) | **$3,277,824.53** | **$1,209,964.14** | | **$1,378,697.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TFR

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-40222TLH4
**Case Name:** ROSE PRINTING COMPANY, INC.

**Period Ending:** 02/25/21

**Trustee:** (290820)   Theresa M. Bender, Trustee
**Filed (f) or Converted (c):** 04/25/19 (f)
**§341(a) Meeting Date:** 05/24/19
**Claims Bar Date:** 08/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 30, 2020     **Current Projected Date Of Final Report (TFR):** February 25, 2021  (Actual)

_____
February 25, 2021
Date

/s/ Theresa M. Bender, Trustee
_____
Theresa M. Bender, Trustee

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 19-40222TLH4
**Case Name:** ROSE PRINTING COMPANY, INC.

**Taxpayer ID #:** **-***1308
**Period Ending:** 02/25/21

**Trustee:** Theresa M. Bender, Trustee (290820)
**Bank Name:** Mechanics Bank
**Account:** ******5766 - Checking Account
**Blanket Bond:** $596,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/23/19 | {11} | BRET THOMAN | A/R FOR BOOKS | 1221-000 | 673.23 | | 673.23 |
| 05/23/19 | {2} | ROSE PRINTING COMPANY | CLOSED BANK ACCOUNT | 1129-000 | 6,570.38 | | 7,243.61 |
| 05/24/19 | 101 | IMPERIAL PFS CORPORATION | 3 MONTH INSURANCE PREMIUMS-ACCT #FLS-27528 PER OPERATING ORDER DOC. 17 | 2420-750 | | 4,554.05 | 2,689.56 |
| 05/26/19 | {13} | MOR PRINTING | RECEIVABLE FROM A PRINTING COMPANY IN CHAPTER 11 | 1221-000 | 369.43 | | 3,058.99 |
| 05/30/19 | {12} | ARCHDIOCESE OF ST. LOUIS | A/R FOR BOOKS | 1221-000 | 8,001.00 | | 11,059.99 |
| 06/24/19 | {14} | MOVE AND STORE | DEPOSIT FOR LEASE OF ASSET 1 PER OPERATING ORDER #17 | 1122-001 | 5,333.33 | | 16,393.32 |
| 06/26/19 | {12} | DIOCESE OF ST. PETERSBURG | AR FOR BOOKS AS SCHEDULED | 1221-000 | 2,266.77 | | 18,660.09 |
| 06/26/19 | {12} | DIOCESE OF ST. PETERS | REDUCE BY $40 TO CORRECT VALUE OF DEPOSIT | 1221-000 | -40.00 | | 18,620.09 |
| 06/28/19 | 102 | BRIAN WEATHERS | LAWN CARE PER OPERATING ORDER DOC. 17 | 2420-000 | | 800.00 | 17,820.09 |
| 07/08/19 | 103 | CITY OF TALLAHASSEE UTILITIES | PER OPERATING ORDER DOC. 17/ ACCT NO.6635975610 DEPOSIT ON ACCOUNT | 2420-000 | | 5,300.00 | 12,520.09 |
| 07/08/19 | 104 | CITY OF TALLAHASSEE UTILITIES | PER OPERATING ORDER DOC. 17/ ACCT NO.6635975610 PAYMENT OF MAY AND JUNE ON ACCOUNT | 2420-000 | | 8,379.39 | 4,140.70 |
| 07/15/19 | {15} | US TREASURY | PAYMENT OF REFUND ON 2018 940 RETURN | 1224-000 | 486.97 | | 4,627.67 |
| 07/15/19 | {14} | MOVE AND STORE, LLC | PAYMENT OF RENTS PER DOC. 17 | 1122-000 | 4,000.00 | | 8,627.67 |
| 07/15/19 | {15} | US TREASURY | Reversed Deposit 100006 1 PAYMENT OF REFUND ON 2018 940 RETURN | 1224-000 | -486.97 | | 8,140.70 |
| 07/23/19 | 105 | BRIAN WEATHERS | LAWNCARE PER DOC. 17 | 2420-000 | | 300.00 | 7,840.70 |
| 07/23/19 | 106 | KEITH MCNEILL PLUMBING, INC. | REPAIR BURST PIPE PER DOC. 17 | 2420-000 | | 314.68 | 7,526.02 |
| 07/25/19 | {17} | CONTAINERBOARD ANTITRUST LITIGATION | UNDISCLOSED SETTLEMENT OF ANITTRUST LIGITATION/SETTLEMENT-LAST AND FINAL PAYMENT | 1249-000 | 272.45 | | 7,798.47 |
| 07/30/19 | {7} | EXECUTIVE OFFICE SUPPLY | PAYMENT FOR PURCHASE #38 | 1129-000 | 437.00 | | 8,235.47 |
| 08/05/19 | {5} | STATE OF FLORIDA DEPT OF FINANCIAL SERVICES | PAYMENT ON RENTS DUE | 1129-000 | 31,980.00 | | 40,215.47 |
| 08/05/19 | {10} | WILLIAM WILSON | SALE OF DISPLAY PER DOC.40 | 1129-000 | 75.00 | | 40,290.47 |
| 08/07/19 | | Transition Transfer Debit | | 9999-000 | | 40,290.47 | 0.00 |

Subtotals : $59,938.59    $59,938.59

{} Asset reference(s)

Printed: 02/25/2021 02:17 PM    V.20.29

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** | 19-40222TLH4 |
| **Case Name:** | ROSE PRINTING COMPANY, INC. |
| **Taxpayer ID #:** | **-***1308 |
| **Period Ending:** | 02/25/21 |

| | |
|---|---|
| **Trustee:** | Theresa M. Bender, Trustee (290820) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******5766 - Checking Account |
| **Blanket Bond:** | $596,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 59,938.59 | 59,938.59 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,290.47 | |
| | | | Subtotal | | 59,938.59 | 19,648.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $59,938.59 | $19,648.12 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 19-40222TLH4 | |
| **Case Name:** ROSE PRINTING COMPANY, INC. | |
| **Taxpayer ID #:** **-***1308 | |
| **Period Ending:** 02/25/21 | |

| | |
|---|---|
| **Trustee:** | Theresa M. Bender, Trustee (290820) |
| **Bank Name:** | People's United Bank |
| **Account:** | ********2690 - Checking Account |
| **Blanket Bond:** | $596,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/19 | | Transfer from 0061 to 2690 | Transfer from 0061 to 2690 | 9999-000 | 40,290.47 | | 40,290.47 |
| 08/12/19 | {14} | MOVE AND STORE, LLC | PAYMENT OF RENTS PER DOC. 17 | 1122-000 | 4,000.00 | | 44,290.47 |
| 08/13/19 | {18} | NORSAM TECHNOLOGIES, INC | PAYMENT FOR SHARES PER DOC.  49 | 1229-000 | 6,000.00 | | 50,290.47 |
| 08/14/19 | 10107 | BRIAN WEATHERS | LAWN CARE PER DOC. 17 | 2420-000 | | 375.00 | 49,915.47 |
| 08/14/19 | 10108 | COLLEEN CASTILLE | PAYMENT PER DOC. 57 | 2420-000 | | 3,000.00 | 46,915.47 |
| 08/14/19 | 10109 | CITY OF TALLAHASSEE | JULY 17, 2019 STATMENT FOR UTILITIES PER DOC. 17 | 2420-000 | | 4,192.61 | 42,722.86 |
| 08/14/19 | 10110 | IFS CORPORATION | PAYMENT OF INSURANCE PER DOC. 17 | 2420-000 | | 1,567.79 | 41,155.07 |
| 08/16/19 | {19} | WELLS FARGO VENDOR FIN SERV | REFUND OF PTAX ON CLOSED ACCT | 1224-000 | 117.61 | | 41,272.68 |
| 08/22/19 | {13} | MOR PRINTING | PAYMENT PER CHAPTER 11 PLAN | 1221-000 | 108.76 | | 41,381.44 |
| 09/09/19 | {5} | STATE OF FLORIDA DEPT OF FINANCIAL SERVICES | INTEREST AND PENALITES ON LATE PAYMENT ASSET 5 | 1129-000 | 379.94 | | 41,761.38 |
| 09/09/19 | {20} | DOUGLAS BROOKS | PAYMENT PER ASSET 20 | 1249-000 | 3,040.26 | | 44,801.64 |
| 09/11/19 | 10111 | CITY OF TALLAHASSEE | PAYMENT OF UTILITY BILL PER OPERATING ORDER #17 ACCT: 6635975610 | 2420-000 | | 6,221.15 | 38,580.49 |
| 09/11/19 | 10112 | IFS CORPORATION | PAYMENT OF INSURANCE PER DOC. #17-ACCOUNT #FLS-27528 | 2420-000 | | 1,493.13 | 37,087.36 |
| 09/16/19 | 10113 | BRIAN WEATHERS | LAWN CARE PER OPERATING ORDER DOC. 17 | 2420-000 | | 400.00 | 36,687.36 |
| 09/18/19 | {20} | DOUGLAS BROOKS PC | PAYMENT OF RETAINED EXPENSES FOR ASSET 20 | 1249-000 | 165.16 | | 36,852.52 |
| 09/23/19 | 10114 | CITY OF TALLAHASSEE | PAYMENT OF UTILITIES PER OPERATING ORDER #17; ACCOUNT #6635975610 | 2420-000 | | 5,263.50 | 31,589.02 |
| 09/24/19 | {14} | MOVE AND STORE, LLC | PAYMENT PER DOC. 17 | 1122-000 | 4,000.00 | | 35,589.02 |
| 10/18/19 | 10115 | IFS CORPORATION | PAYMENT OF INSURANCE FOR OCT ACCT#FLS-27528  PER DOC. 17 | 2420-000 | | 1,567.79 | 34,021.23 |
| 10/18/19 | 10116 | CITY OF TALLAHASSEE | PAYMENT OF OCT UTILITIES ACCT#6635975610 PER DOC 17 | 2420-000 | | 3,871.43 | 30,149.80 |
| 10/29/19 | {14} | MOVE AND STORE | PAYMENT PER DOC. 17 | 1122-000 | 4,000.00 | | 34,149.80 |
| 11/15/19 | {20} | DOUGLAS BROOKS | PAYMENT PER DOC. 20 | 1249-000 | 429.67 | | 34,579.47 |
| 11/19/19 | 10117 | IFS CORPORATION | PAYMENT OF INSURANCE BILL PER DOC 17 | 2420-000 | | 1,411.00 | 33,168.47 |
| 11/19/19 | 10118 | BRIAN WEATHERS | LAWN CARE PER DOC.17 | 2420-000 | | 1,000.00 | 32,168.47 |
| 11/20/19 | {13} | MOR PRINTING | PAYMENT ON ASSET 13 | 1221-000 | 108.76 | | 32,277.23 |
| 11/22/19 | 10119 {14} | MOVE AND STORE, LLC | REFUND OF DEPOSIT PER DOC. 17 | 1122-000 | -4,000.00 | | 28,277.23 |
| 12/09/19 | | CITY OF TALLAHASSEE | PAYMENT OF REFUND FROM UTILITY DEPOSIT | 2690-000 | | -3,463.08 | 31,740.31 |

Subtotals :     $58,640.63     $26,900.32

{} Asset reference(s)

Printed: 02/25/2021 02:17 PM     V.20.29

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 19-40222TLH4 |
| **Case Name:** | ROSE PRINTING COMPANY, INC. |
| **Taxpayer ID #:** | **-***1308 |
| **Period Ending:** | 02/25/21 |

| | |
|---|---|
| **Trustee:** | Theresa M. Bender, Trustee (290820) |
| **Bank Name:** | People's United Bank |
| **Account:** | ********2690 - Checking Account |
| **Blanket Bond:** | $596,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/19 | | SMITH THOMPSON SHAW | PAYMENT/CARVEOUT PER DOC. 82 | | 100,000.00 | | 131,740.31 |
| | {1} | | CONTRACT PRICE            1,300,000.00 | 1110-000 | | | 131,740.31 |
| | | Bank of the Ozarks | PAYOFF OF FIRST        -1,141,185.23<br>MORTGAGE | 4110-000 | | | 131,740.31 |
| | | | REAL ESTATE            -26,000.00<br>COMMISSION | 3510-000 | | | 131,740.31 |
| | | Doris Maloy, Leon County Tax<br>Collector | REAL ESTATE TAXES        -32,814.77 | 4700-000 | | | 131,740.31 |
| 01/06/20 | 10120 | TRI CO RECORDS MGT CTR, INC | PAYMENT OF STORAGE FEES PER DOC.<br>Voided on 01/06/20 | 2410-000 | | 362.00 | 131,378.31 |
| 01/06/20 | 10120 | TRI CO RECORDS MGT CTR, INC | PAYMENT OF STORAGE FEES PER DOC.<br>Voided: check issued on 01/06/20 | 2410-000 | | -362.00 | 131,740.31 |
| 02/13/20 | {13} | MOR  PRINTING | | 1221-000 | 108.76 | | 131,849.07 |
| 03/09/20 | 10121 | BRIAN WEATHERS | FINAL PAYMENT FOR LAWN CARE AT<br>ROSE PRINITING PER DOC. 17 | 2420-000 | | 600.00 | 131,249.07 |
| 03/18/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 131,249.07 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 158,749.39 | 158,749.39 | **$0.00** |
| Less: Bank Transfers | 40,290.47 | 131,249.07 | |
| **Subtotal** | 118,458.92 | 27,500.32 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$118,458.92** | **$27,500.32** | |

{} Asset reference(s)

Printed: 02/25/2021 02:17 PM    V.20.29

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 19-40222TLH4 | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | ROSE PRINTING COMPANY, INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******4577 - Checking Account |
| Taxpayer ID #: | **-***1308 | | Blanket Bond: | $596,000.00  (per case limit) |
| Period Ending: | 02/25/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/18/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 131,249.07 | | 131,249.07 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 104.95 | 131,144.12 |
| 04/29/20 | {13} | MOR PRINTING | PAYMENT PER MOTION TO COMPROMISE PER DOC. 86 | 1221-000 | 300.00 | | 131,444.12 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 209.61 | 131,234.51 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 202.76 | 131,031.75 |
| 06/09/20 | 20121 | DOUGLAS L. BROOKS, P.C. | PAYMENT OF FEES PER DOC. 90 | 3210-000 | | 817.25 | 130,214.50 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 223.35 | 129,991.15 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 214.69 | 129,776.46 |
| 08/24/20 | 20122 | Florida Department of Revenue | PAYMENT OF CORPORATE TAXES ON TAX RETURN PER DOC. 93 | 2820-000 | | 5,933.00 | 123,843.46 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 131,549.07 | 7,705.61 | $123,843.46 |
| Less: Bank Transfers | 131,249.07 | 0.00 | |
| **Subtotal** | **300.00** | **7,705.61** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$300.00** | **$7,705.61** | |

| | | |
|---|---|---|
| Net Receipts : | 178,697.51 |
| Plus Gross Adjustments : | 1,200,000.00 |
| Net Estate : | $1,378,697.51 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5766** | **59,938.59** | **19,648.12** | **0.00** |
| **Checking # *******2690** | **118,458.92** | **27,500.32** | **0.00** |
| **Checking # ******4577** | **300.00** | **7,705.61** | **123,843.46** |
| | **$178,697.51** | **$54,854.05** | **$123,843.46** |

{} Asset reference(s)

**E X H I B I T   C**
**ANALYSIS OF CLAIMS REGISTER**   Claims Bar Date: August 15, 2019

Case Number: 19-40222TLH4   Page: 1   Date: February 25, 2021
Debtor Name: ROSE PRINTING COMPANY, INC.   Time: 02:17:12 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Theresa M. Bender, Trustee<br>Post Office Box 14557<br>Tallahassee, FL 32317 | Admin Ch. 7 | | $1,560.34 | $0.00 | 1,560.34 |
| 200 | Theresa M. Bender, Trustee<br>Post Office Box 14557<br>Tallahassee, FL 32317 | Admin Ch. 7 | | $64,610.93 | $0.00 | 64,610.93 |
| 200 | THOMSON BROCK LUGER & CO<br>3375-CAPITAL CIRCLE NE<br>PO BOX 13445<br>TALLAHASSEE, FL 32317 | Admin Ch. 7 | | $3,703.50 | $0.00 | 3,703.50 |
| 200 | THOMSON BROCK LUGER & CO<br>3375-CAPITAL CIRCLE NE<br>PO BOX 13445<br>TALLAHASSEE, FL 32317 | Admin Ch. 7 | | $213.55 | $0.00 | 213.55 |
| 200 | THERESA M. BENDER, P.A.<br>PO BOX 14557<br>TALLAHASSEE, FL 32317 | Admin Ch. 7 | | $14,455.00 | $0.00 | 14,455.00 |
| 510 | U.S. TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0012 | Priority | [Employee FICA Distribution:<br>    Claim    23P  $539.70  Sherry F. Chancellor, Trustee<br>] | $539.70 | $0.00 | 539.70 |
| 510 | U.S. TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0012 | Priority | [Employee Income Tax Distribution:<br>    Claim    23P  $2570.00  Sherry F. Chancellor, Trustee<br>] | $2,570.00 | $0.00 | 2,570.00 |
| 510 | U.S. TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0012 | Priority | [Employee Medicare Distribution:<br>    Claim    23P  $186.33  Sherry F. Chancellor, Trustee<br>] | $186.33 | $0.00 | 186.33 |
| 23P<br>510 | Sherry F. Chancellor, Trustee<br>C/O Sherry F. Chancellor, Trustee,619<br>West Chase St.,Sherry F. Chancellor, Tru<br>PENSACOLA, FL 32502 | Priority | [Gross Wage $12850.00 Less Taxes = Net $9553.97 FICA $539.70 Income Tax $2570.00 Medicare $186.33]<br>C/O Sherry F. Chancellor, Trustee<br>619 West Chase St.,Sherry F. Chancellor, Trustee, 619 West Chase Stre<br>PENSACOLA, FL 32502<br>------------------------------------------------------------------------* * * | $9,553.97 | $0.00 | 9,553.97 |
| 570 | Florida Department of Revenue<br>5050 W. TENNESSEE ST<br>TALLAHASSEE, FL 32399 | Priority | [Employer FL SUTA Distribution:<br>    Claim    23P  $8.40  Sherry F. Chancellor, Trustee<br>] | $8.40 | $0.00 | 8.40 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 15, 2019

**Case Number:** 19-40222TLH4
**Debtor Name:** ROSE PRINTING COMPANY, INC.

Page: 2

**Date:** February 25, 2021
**Time:** 02:17:12 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 570 | U.S. TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0012 | Priority | [Employer FICA Distribution:<br>　Claim　23P $539.70  Sherry F. Chancellor, Trustee<br>] | $539.70 | $0.00 | 539.70 |
| 570 | U.S. TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0012 | Priority | [Employer Medicare Distribution:<br>　Claim　23P $186.33  Sherry F. Chancellor, Trustee<br>] | $186.33 | $0.00 | 186.33 |
| 570 | U.S. TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0012 | Priority | [Employer FUTA Distribution:<br>　Claim　23P $434.00  Sherry F. Chancellor, Trustee<br>] | $434.00 | $0.00 | 434.00 |
| 4 -2<br>100 | Centennial Bank<br>c/o CORNELIA HAEGELE<br>3615 APALACHEE PKWY<br>TALLAHASSEE, FL 32311 | Secured | TOTAL A/R=$22,449.25 (INCLUDES FUNDS IN BANK ACCT, A/R, INVENTORY SALE)<br>MINUS FLDOR TAXES ($.04 PRORATED FROM TOTAL PAID TO FLDOR)-$897.97<br>MINUS ATTORNEYS FEES (DB)-$817.25<br>MINUS TRUSTEE'S FEES-$2994.93<br>_____<br>TOTAL SECURED CLAIM-$17,739.10<br><br>_____<br>11/22/2019 Amendment 4-2 imported by THERESA; original claim overwritten<br>-----------------------------------------------------------------------------------<br>P O Box 966<br>Conway, AR 72033<br>-----------------------------------------------------------------* * * | $17,739.10 | $0.00 | 17,739.10 |
| 14<br>100 | Doris Maloy, Leon County Tax Collector<br>Attn: Tax Administration Department<br>Post Office Box 1835<br>Tallahassee, FL 32302-1835 | Secured | Attn: Tax Administration Department<br>Post Office Box 1835<br>Tallahassee, FL 323021835<br>-----------------------------------------------------------------* * * | $32,814.77 | $32,814.77 | 0.00 |
| 22<br>100 | Bank of the Ozarks<br>Attn: Michael Adkins<br>3102 N. Oak Street, Extension<br>Valdosta, GA 31602 | Secured | Attn: Michael Adkins<br>3102 N. Oak Street, Extension<br>Valdosta, GA 31602<br>-----------------------------------------------------------------* * * | $1,141,185.23 | $1,141,185.23 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 15, 2019

**Case Number:** 19-40222TLH4  
**Debtor Name:** ROSE PRINTING COMPANY, INC.

Page: 3

**Date:** February 25, 2021  
**Time:** 02:17:12 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 25S<br>100 | Charles H. Rosenberg, Jr.-withdrawn<br>Charles Rosenberg<br>2504 Harriman Cir.<br>Tallahassee, FL 32308 | Secured | Charles Rosenberg<br>2504 Harriman Cir.<br>Tallahassee, FL 32308<br>-----------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Direct Capital<br>155 Commerece Way<br>Portsmouth, NH 03801 | Unsecured | 155 Commerece Way<br>Portsmouth, NH 03801<br>-----------------------------------------------------* * * | $48,276.60 | $0.00 | 48,276.60 |
| 2<br>610 | Charles H. Rosenberg, Jr.-WITHDRAWN<br>Charles Rosenberg<br>2504 Harriman Cir.<br>Tallahassee, FL 32308 | Unsecured | Charles Rosenberg<br>2504 Harriman Cir.<br>Tallahassee, FL 32308<br>-----------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 3 -2<br>610 | David Hobley<br>2119 ML King Blvd.<br>Midway, FL 32343-2531 | Unsecured | 08/16/2019 Amendment 3-2 imported by THERESA; original claim overwritten<br>-----------------------------------------------------<br>2119 ML King Blvd.<br>Midway, FL 323432531<br>-----------------------------------------------------* * * | $915.00 | $0.00 | 915.00 |
| 4 -2<br>610 | Centennial Bank<br>c/o CORNELIA HAEGELE<br>3615 APALACHEE PKWY<br>TALLAHASSEE, FL 32311 | Unsecured | 11/22/2019 Amendment 4-2 imported by THERESA; original claim overwritten<br>-----------------------------------------------------<br>P O Box 966<br>Conway, AR 72033<br>-----------------------------------------------------* * * | $433,757.15 | $0.00 | 433,757.15 |
| 5<br>610 | Brunner Consultants<br>3313 N W 74th Ave.<br>Miami, FL 33122 | Unsecured | 3313 N W 74th Ave.<br>Miami, FL 33122<br>-----------------------------------------------------* * * | $7,049.14 | $0.00 | 7,049.14 |
| 6<br>610 | Mowrey Law Firm, PA<br>515 N Adams Street<br>Tallahassee, FL 32301 | Unsecured | 515 N Adams Street<br>Tallahassee, FL 32301<br>-----------------------------------------------------* * * | $21,356.99 | $0.00 | 21,356.99 |

**E X H I B I T   C**
**ANALYSIS OF CLAIMS REGISTER**     **Claims Bar Date:** August 15, 2019

**Case Number:** 19-40222TLH4     Page:  4     **Date:** February 25, 2021
**Debtor Name:**  ROSE PRINTING COMPANY, INC.     **Time:** 02:17:12 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7<br>610 | Estes Express Lines<br>3901 W Broad Street<br>Richmond, VA 23230 | Unsecured | 3901 W Broad Street<br>Richmond, VA 23230<br>----------------------------------------------------- * * * | $4,124.86 | $0.00 | 4,124.86 |
| 8 -2<br>610 | Rice Pugatch Robinson Storfer & Cohen,<br>PLLC<br>c/o Richard B. Storfer, Esq.<br>101 NE 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301 | Unsecured | 08/16/2019 Amendment 8-2 imported by THERESA; original claim didn't exist<br>-----------------------------------------------------<br>c/o Richard B. Storfer, Esq.<br>101 NE 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301<br>----------------------------------------------------- * * * | $251,821.55 | $0.00 | 251,821.55 |
| 9 -2<br>610 | Veritiv Operating Company<br>c/o Loudermilk Law Firm, PA<br>1800 Second Street,Suite 717<br>Sarasota, FL 34236 | Unsecured | 11/22/2019 Amendment 9-2 imported by THERESA; original claim overwritten<br>-----------------------------------------------------<br>c/o Loudermilk Law Firm, PA<br>1800 Second Street,Suite 717<br>Sarasota, FL 34236<br>----------------------------------------------------- * * * | $128,522.60 | $0.00 | 128,522.60 |
| 10<br>610 | Able Lable<br>310 N Haven Street<br>Spokane, WA 99202 | Unsecured | 310 N Haven Street<br>Spokane, WA 99202<br>----------------------------------------------------- * * * | $323.40 | $0.00 | 323.40 |
| 11<br>610 | A-1 Business Systems<br>3365 Garber Drive<br>Tallahassee, FL 32303 | Unsecured | 3365 Garber Drive<br>Tallahassee, FL 32303<br>----------------------------------------------------- * * * | $2,575.04 | $0.00 | 2,575.04 |
| 12<br>610 | UPDATE LIMITED<br>134 PEAVEY CIRCLE<br>Chaska, MN 55318 | Unsecured | 134 PEAVEY CIRCLE<br>Chaska, MN 55318<br>----------------------------------------------------- * * * | $2,536.70 | $0.00 | 2,536.70 |
| 13<br>610 | Muller-Martini Corp.<br>465 Wheeler Road<br>Hauppauge, NY 11788 | Unsecured | 465 Wheeler Road<br>Hauppauge, NY 11788<br>----------------------------------------------------- * * * | $4,905.75 | $0.00 | 4,905.75 |
| 15<br>610 | BB&T, bankruptcy section<br>100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894 | Unsecured | 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894 | $5,899.45 | $0.00 | 5,899.45 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER          **Claims Bar Date:** August 15, 2019

**Case Number:** 19-40222TLH4                                Page: 5                                **Date:** February 25, 2021
**Debtor Name:** ROSE PRINTING COMPANY, INC.                                                       **Time:** 02:17:12 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|-------------------------|------------|------------------------|----------------|--------------|---------------|
| | | | ------------------------------------------------------* * * | | | |
| 16 610 | MAC PAPERS INC 3300 PHILLIPS HWY JACKSONVILLE, FL 32207 | Unsecured | 3300 PHILLIPS HWY JACKSONVILLE, FL 32207 ------------------------------------------------------* * * | $8,974.13 | $0.00 | 8,974.13 |
| 17 610 | Rapid Refill Ink 1846 Thomasville Road Tallahassee, FL 32303 | Unsecured | 1846 Thomasville Road Tallahassee, FL 32303 ------------------------------------------------------* * * | $412.59 | $0.00 | 412.59 |
| 18 610 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Unsecured | c/o Becket and Lee LLP PO Box 3001 Malvern, PA 193550701 ------------------------------------------------------* * * | $963.29 | $0.00 | 963.29 |
| 19 610 | Safety-Kleen/Clean Harbors 600 Longwater Drive, P.O. Box 9149 Norwell, MA 02061 | Unsecured | 600 Longwater Drive, P.O. Box 9149 Norwell, MA 02061 ------------------------------------------------------* * * | $1,301.23 | $0.00 | 1,301.23 |
| 20 610 | Berger Singerman LLP 313 N. Monroe Street Suite 301 Tallahassee, FL 32301 | Unsecured | 313 N. Monroe Street Suite 301 Tallahassee, FL 32301 ------------------------------------------------------* * * | $9,359.47 | $0.00 | 9,359.47 |
| 21 610 | Charles H. Rosenberg, Jr.-WITHDRAWN Charles Rosenberg 2504 Harriman Cir. Tallahassee, FL 32308 | Unsecured | Charles Rosenberg 2504 Harriman Cir. Tallahassee, FL 32308 ------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 23U 610 | Sherry F. Chancellor, Trustee C/O Sherry F. Chancellor, Trustee,619 West Chase St.,Sherry F. Chancellor, Tru PENSACOLA, FL 32502 | Unsecured | C/O Sherry F. Chancellor, Trustee 619 West Chase St.,Sherry F. Chancellor, Trustee, 619 West Chase Stre PENSACOLA, FL 32502 ------------------------------------------------------* * * | $800.00 | $0.00 | 800.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 15, 2019

**Case Number:** 19-40222TLH4
**Debtor Name:** ROSE PRINTING COMPANY, INC.

Page: 6

**Date:** February 25, 2021
**Time:** 02:17:12 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 24 -3<br>610 | The Bankruptcy Estate of Charles Rosenberg<br>c/o Sherry F. Chancellor, Trustee<br>619 West Chase St.<br>Pensacola, FL 32502 | Unsecured | | $549,933.16 | $0.00 | 549,933.16 |
| | | | 11/22/2019 Amendment 24-3 imported by THERESA; original claim overwritten | | | |
| | | | --------------------------------------------------------------------------- | | | |
| | | | c/o Sherry F. Chancellor, Trustee | | | |
| | | | 619 West Chase St. | | | |
| | | | Pensacola, FL 32502 | | | |
| | | | ---------------------------------------------------------------------* * * | | | |
| 25U<br>620 | Charles H. Rosenberg, Jr.-withdrawn<br>Charles Rosenberg<br>2504 Harriman Cir.<br>Tallahassee, FL 32308 | Unsecured | | $0.00 | $0.00 | 0.00 |
| | | | Charles Rosenberg | | | |
| | | | 2504 Harriman Cir. | | | |
| | | | Tallahassee, FL 32308 | | | |
| | | | ---------------------------------------------------------------------* * * | | | |
| **<< Totals >>** | | | | 2,774,108.95 | 1,174,000.00 | 1,600,108.95 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 19-40222TLH4
Case Name: ROSE PRINTING COMPANY, INC.
Trustee Name: Theresa M. Bender, Trustee

**Balance on hand:**                    $          123,843.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 -2 | Centennial Bank | 63,169.43 | 17,739.10 | 0.00 | 17,739.10 |
| 14 | Doris Maloy, Leon County Tax Collector | 40,822.61 | 32,814.77 | 32,814.77 | 0.00 |
| 22 | Bank of the Ozarks | 2,203,457.44 | 1,141,185.23 | 1,141,185.23 | 0.00 |
| 25S | Charles H. Rosenberg, Jr.-withdrawn | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $          17,739.10
Remaining balance:                        $         106,104.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Theresa M. Bender, Trustee | 64,610.93 | 0.00 | 64,610.93 |
| Trustee, Expenses - Theresa M. Bender, Trustee | 1,560.34 | 0.00 | 1,560.34 |
| Attorney for Trustee, Fees - THERESA M. BENDER, P.A. | 14,455.00 | 0.00 | 14,455.00 |
| Accountant for Trustee, Fees - THOMSON BROCK LUGER & CO | 3,703.50 | 0.00 | 3,703.50 |
| Accountant for Trustee, Expenses - THOMSON BROCK LUGER & CO | 213.55 | 0.00 | 213.55 |

Total to be paid for chapter 7 administration expenses:   $          84,543.32
Remaining balance:                                        $          21,561.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $              0.00
Remaining balance:                                            $          21,561.04

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,018.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | U.S. TREASURY | 539.70 | 0.00 | 539.70 |
| | Florida Department of Revenue | 8.40 | 0.00 | 8.40 |
| | U.S. TREASURY | 186.33 | 0.00 | 186.33 |
| | U.S. TREASURY | 434.00 | 0.00 | 434.00 |
| 23P | Sherry F. Chancellor, Trustee | 12,850.00 | 0.00 | 12,850.00 |

Total to be paid for priority claims: $ 14,018.43

Remaining balance: $ 7,542.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,483,808.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Direct Capital | 48,276.60 | 0.00 | 245.40 |
| 2 | Charles H. Rosenberg, Jr.-WITHDRAWN | 0.00 | 0.00 | 0.00 |
| 3 -2 | David Hobley | 915.00 | 0.00 | 4.65 |
| 4 -2 | Centennial Bank | 433,757.15 | 0.00 | 2,204.91 |
| 5 | Brunner Consultants | 7,049.14 | 0.00 | 35.83 |
| 6 | Mowrey Law Firm, PA | 21,356.99 | 0.00 | 108.56 |
| 7 | Estes Express Lines | 4,124.86 | 0.00 | 20.97 |
| 8 -2 | Rice Pugatch Robinson Storfer & Cohen, PLLC | 251,821.55 | 0.00 | 1,280.08 |
| 9 -2 | Veritiv Operating Company | 128,522.60 | 0.00 | 653.32 |
| 10 | Able Lable | 323.40 | 0.00 | 1.64 |
| 11 | A-1 Business Systems | 2,575.04 | 0.00 | 13.09 |

**UST Form 101-7-TFR (05/1/2011)**

| 12 | UPDATE LIMITED | 2,536.70 | 0.00 | 12.89 |
|---|---|---|---|---|
| 13 | Muller-Martini Corp. | 4,905.75 | 0.00 | 24.94 |
| 15 | BB&T, bankruptcy section | 5,899.45 | 0.00 | 29.99 |
| 16 | MAC PAPERS INC | 8,974.13 | 0.00 | 45.62 |
| 17 | Rapid Refill Ink | 412.59 | 0.00 | 2.10 |
| 18 | American Express National Bank | 963.29 | 0.00 | 4.90 |
| 19 | Safety-Kleen/Clean Harbors | 1,301.23 | 0.00 | 6.61 |
| 20 | Berger Singerman LLP | 9,359.47 | 0.00 | 47.58 |
| 21 | Charles H. Rosenberg, Jr.-WITHDRAWN | 0.00 | 0.00 | 0.00 |
| 23U | Sherry F. Chancellor, Trustee | 800.00 | 0.00 | 4.07 |
| 24 -3 | The Bankruptcy Estate of Charles Rosenberg | 549,933.16 | 0.00 | 2,795.46 |

Total to be paid for timely general unsecured claims:    $      7,542.61

Remaining balance:    $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25U | Charles H. Rosenberg, Jr.-withdrawn | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:    $      0.00

Remaining balance:    $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**