**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

In re: ROSE PRINTING COMPANY, INC.    § Case No. 19-40222-KKS
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Theresa M. Bender, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $25,486.97            Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,213,300.14    Claims Discharged
                                                  Without Payment: N/A

Total Expenses of Administration: $165,397.37

3) Total gross receipts of $ 1,378,697.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,378,697.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,335,700.00 | $2,307,449.48 | $1,191,739.10 | $1,191,739.10 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 165,397.37 | 165,397.37 | 165,397.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 266,362.43 | 12,850.00 | 14,018.43 | 14,018.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,729,780.42 | 1,750,170.53 | 1,483,808.10 | 7,542.61 |
| **TOTAL DISBURSEMENTS** | $4,331,842.85 | $4,235,867.38 | $2,854,963.00 | $1,378,697.51 |

    4) This case was originally filed under Chapter 7 on April 25, 2019. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2021    By: /s/Theresa M. Bender, Trustee
                             Trustee, Bar No.: 0749486

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 11000Sq. Ft. Wrehouse 2503 JacksonBlufff Road Ta | 1110-000 | 1,300,000.00 |
| Checking/Operating Account at BAnk of America | 1129-000 | 6,570.38 |
| Future Rents Florida Emergency Management. | 1129-000 | 32,359.94 |
| old furniture and file cabinets Value Estimated. | 1129-000 | 437.00 |
| Other inventory or supplies: Misc Office supplie | 1129-000 | 75.00 |
| ACCOUNTS RECEIVABLE-BRET THOMAN | 1221-000 | 673.23 |
| ACCOUNTS RECEIVABLE-PFAFF FINANCIAL ADVISORS | 1221-000 | 10,227.77 |
| ACCOUNTS RECEIVABLE-MOR PRINTING, CH 11 PLAN | 1221-000 | 995.71 |
| RENTS ASSOCIATED WITH LEASING OUT ASSET 1 | 1122-000 | 17,333.33 |
| CONTAINERBOARD ANTITRUST LIT/SETTLEMENT | 1249-000 | 272.45 |
| NORSAM TECHNOLOGIES, INC | 1229-000 | 6,000.00 |
| WELLS FARGO VENDOR FIN SERV | 1224-000 | 117.61 |
| CLAIM VS. JEFFREY ETHERIDGE-GARNISHMENT | 1249-000 | 3,635.09 |
| **TOTAL GROSS RECEIPTS** | | **$1,378,697.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 -2 | Centennial Bank | 4210-000 | 13,200.00 | 63,169.43 | 17,739.10 | 17,739.10 |
| 14 | Doris Maloy, Leon County Tax Collector | 4700-000 | 41,500.00 | 40,822.61 | 32,814.77 | 32,814.77 |
| 22 | Bank of the Ozarks | 4110-000 | 2,281,000.00 | 2,203,457.44 | 1,141,185.23 | 1,141,185.23 |
| 25S | Charles H. Rosenberg, Jr.-withdrawn | 4110-000 | N/A | | 0.00 | 0.00 |
| NOTFILED | Bank of the Ozarks | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,335,700.00** | **$2,307,449.48** | **$1,191,739.10** | **$1,191,739.10** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Theresa M. Bender, Trustee | 2100-000 | N/A | 64,610.93 | 64,610.93 | 64,610.93 |
| Trustee Expenses - Theresa M. Bender, Trustee | 2200-000 | N/A | 1,560.34 | 1,560.34 | 1,560.34 |
| Attorney for Trustee Fees (Trustee Firm) - THERESA M. BENDER, P.A. | 3110-000 | N/A | 14,455.00 | 14,455.00 | 14,455.00 |
| Other - THOMSON BROCK LUGER & CO | 3410-000 | N/A | 3,703.50 | 3,703.50 | 3,703.50 |
| Other - THOMSON BROCK LUGER & CO | 3420-000 | N/A | 213.55 | 213.55 | 213.55 |
| Other - CITY OF TALLAHASSEE | 2420-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - IMPERIAL PFS CORPORATION | 2420-750 | N/A | 4,554.05 | 4,554.05 | 4,554.05 |
| Other - BRIAN WEATHERS | 2420-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - CITY OF TALLAHASSEE UTILITIES | 2420-000 | N/A | 5,300.00 | 5,300.00 | 5,300.00 |
| Other - CITY OF TALLAHASSEE UTILITIES | 2420-000 | N/A | 8,379.39 | 8,379.39 | 8,379.39 |
| Other - BRIAN WEATHERS | 2420-000 | N/A | 300.00 | 300.00 | 300.00 |
| Other - KEITH MCNEILL PLUMBING, INC. | 2420-000 | N/A | 314.68 | 314.68 | 314.68 |
| Other - BRIAN WEATHERS | 2420-000 | N/A | 375.00 | 375.00 | 375.00 |
| Other - COLLEEN CASTILLE | 2420-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Other - CITY OF TALLAHASSEE | 2420-000 | N/A | 4,192.61 | 4,192.61 | 4,192.61 |
| Other - IFS CORPORATION | 2420-000 | N/A | 1,567.79 | 1,567.79 | 1,567.79 |
| Other - CITY OF TALLAHASSEE | 2420-000 | N/A | 6,221.15 | 6,221.15 | 6,221.15 |
| Other - IFS CORPORATION | 2420-000 | N/A | 1,493.13 | 1,493.13 | 1,493.13 |
| Other - BRIAN WEATHERS | 2420-000 | N/A | 400.00 | 400.00 | 400.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - CITY OF TALLAHASSEE | 2420-000 | N/A | 5,263.50 | 5,263.50 | 5,263.50 |
| Other - IFS CORPORATION | 2420-000 | N/A | 1,567.79 | 1,567.79 | 1,567.79 |
| Other - IFS CORPORATION | 2420-000 | N/A | 1,411.00 | 1,411.00 | 1,411.00 |
| Other - BRIAN WEATHERS | 2420-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - SMITH THOMPSON SHAW | 3510-000 | N/A | 26,000.00 | 26,000.00 | 26,000.00 |
| Other - BRIAN WEATHERS | 2420-000 | N/A | 600.00 | 600.00 | 600.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 104.95 | 104.95 | 104.95 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 209.61 | 209.61 | 209.61 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 202.76 | 202.76 | 202.76 |
| Other - DOUGLAS L. BROOKS, P.C. | 3210-000 | N/A | 817.25 | 817.25 | 817.25 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 223.35 | 223.35 | 223.35 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 214.69 | 214.69 | 214.69 |
| Other - Florida Department of Revenue | 2820-000 | N/A | 5,933.00 | 5,933.00 | 5,933.00 |
| Other - CITY OF TALLAHASSEE | 2420-000 | N/A | 408.35 | 408.35 | 408.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$165,397.37** | **$165,397.37** | **$165,397.37** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. TREASURY | 5300-000 | N/A | N/A | 539.70 | 539.70 |
| | U.S. TREASURY | 5300-000 | N/A | N/A | 186.33 | 186.33 |
| | U.S. TREASURY | 5300-000 | N/A | N/A | 2,570.00 | 2,570.00 |
| | U.S. TREASURY | 5800-000 | N/A | N/A | 186.33 | 186.33 |
| | Florida Department of Revenue | 5800-000 | N/A | N/A | 8.40 | 8.40 |
| | U.S. TREASURY | 5800-000 | N/A | N/A | 434.00 | 434.00 |
| | U.S. TREASURY | 5800-000 | N/A | N/A | 539.70 | 539.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 23P | Sherry F. Chancellor, Trustee | 5300-000 | N/A | 12,850.00 | 9,553.97 | 9,553.97 |
| NOTFILED | Charles Rosenberg | 5200-000 | 266,362.43 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $266,362.43 | $12,850.00 | $14,018.43 | $14,018.43 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Direct Capital | 7100-000 | 24,302.00 | 48,276.60 | 48,276.60 | 245.40 |
| 2 | Charles H. Rosenberg, Jr.-WITHDRAWN | 7100-000 | N/A | 266,362.43 | 0.00 | 0.00 |
| 3 -2 | U.S. Bankruptcy Court - David Hobley | 7100-001 | N/A | 915.00 | 915.00 | 4.65 |
| 4 -2 | Centennial Bank | 7100-000 | 185,000.00 | 433,757.15 | 433,757.15 | 2,204.91 |
| 5 | Brunner Consultants | 7100-000 | 7,049.14 | 7,049.14 | 7,049.14 | 35.83 |
| 6 | Mowrey Law Firm, PA | 7100-000 | 22,357.02 | 21,356.99 | 21,356.99 | 108.56 |
| 7 | Estes Express Lines | 7100-000 | N/A | 4,124.86 | 4,124.86 | 20.97 |
| 8 -2 | Rice Pugatch Robinson Storfer & Cohen, PLLC | 7100-000 | N/A | 251,821.55 | 251,821.55 | 1,280.08 |
| 9 -2 | Veritiv Operating Company | 7100-000 | 80,400.67 | 128,522.60 | 128,522.60 | 653.32 |
| 10 | U.S. Bankruptcy Court - Able Lable | 7100-001 | 323.40 | 323.40 | 323.40 | 1.64 |
| 11 | A-1 Business Systems | 7100-000 | 2,575.04 | 2,575.04 | 2,575.04 | 13.09 |
| 12 | UPDATE LIMITED | 7100-000 | 2,536.70 | 2,536.70 | 2,536.70 | 12.89 |
| 13 | Muller-Martini Corp. | 7100-000 | 4,905.75 | 4,905.75 | 4,905.75 | 24.94 |
| 15 | BB&T, bankruptcy section | 7100-000 | 9,195.00 | 5,899.45 | 5,899.45 | 29.99 |
| 16 | MAC PAPERS INC | 7100-000 | 8,974.13 | 8,974.13 | 8,974.13 | 45.62 |
| 17 | U.S. Bankruptcy Court - Rapid Refill Ink | 7100-001 | 397.60 | 412.59 | 412.59 | 2.10 |
| 18 | U.S. Bankruptcy Court - American Express National | 7100-001 | N/A | 963.29 | 963.29 | 4.90 |
| 19 | Safety-Kleen/Clean Harbors | 7100-000 | 0.00 | 1,301.23 | 1,301.23 | 6.61 |
| 20 | Berger Singerman LLP | 7100-000 | 9,359.47 | 9,359.47 | 9,359.47 | 47.58 |
| 21 | Charles H. Rosenberg, Jr.-WITHDRAWN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 23U | Sherry F. Chancellor, Trustee | 7100-000 | N/A | 800.00 | 800.00 | 4.07 |
| 24 -3 | The Bankruptcy Estate of Charles Rosenberg | 7100-000 | 550,000.00 | 549,933.16 | 549,933.16 | 2,795.46 |
| 25U | Charles H. Rosenberg, Jr.-withdrawn | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Maxcess Americas, Inc. | 7100-000 | 1,178.47 | N/A | N/A | 0.00 |
| NOTFILED | Labor Finders | 7100-000 | 1,541.93 | N/A | N/A | 0.00 |
| NOTFILED | Marpan Trash | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Kingsport Book | 7100-000 | 11,759.83 | N/A | N/A | 0.00 |
| NOTFILED | Firetone Trading | 7100-000 | 52.22 | N/A | N/A | 0.00 |
| NOTFILED | FP Mailing Solutions | 7100-000 | 448.29 | N/A | N/A | 0.00 |
| NOTFILED | Engle & Associates ATTN: Buzz Carroll | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed X | 7100-000 | 437.76 | N/A | N/A | 0.00 |
| NOTFILED | Fujifilm North America | 7100-000 | 9,844.50 | N/A | N/A | 0.00 |
| NOTFILED | D & K Custom Machines | 7100-000 | 3,250.10 | N/A | N/A | 0.00 |
| NOTFILED | Gulf Packaging Inc. | 7100-000 | 1,203.58 | N/A | N/A | 0.00 |
| NOTFILED | Hylton Paper Company | 7100-000 | 2,850.89 | N/A | N/A | 0.00 |
| NOTFILED | KCW Electric Co., Inc. | 7100-000 | 98.90 | N/A | N/A | 0.00 |
| NOTFILED | Huber Group | 7100-000 | 3,427.02 | N/A | N/A | 0.00 |
| NOTFILED | Worldwide Express | 7100-000 | 2,521.20 | N/A | N/A | 0.00 |
| NOTFILED | Labor Finders | 7100-000 | 1,101.90 | N/A | N/A | 0.00 |
| NOTFILED | Henkel Corporation | 7100-000 | 3,507.54 | N/A | N/A | 0.00 |
| NOTFILED | White Birch Paper Co. | 7100-000 | 713.33 | N/A | N/A | 0.00 |
| NOTFILED | Shibuya Hoppmann Corp. | 7100-000 | 1,277.30 | N/A | N/A | 0.00 |
| NOTFILED | Rumble's Oes | 7100-000 | 345.00 | N/A | N/A | 0.00 |
| NOTFILED | Ryder | 7100-000 | 3,409.82 | N/A | N/A | 0.00 |
| NOTFILED | Staples | 7100-000 | 167.51 | N/A | N/A | 0.00 |
| NOTFILED | Support Products | 7100-000 | 473.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 42.62 | N/A | N/A | 0.00 |
| NOTFILED | TKM United States, Inc. | 7100-000 | 286.00 | N/A | N/A | 0.00 |
| NOTFILED | U Line, Inc. | 7100-000 | 3,247.34 | N/A | N/A | 0.00 |
| NOTFILED | R & L Carriers | 7100-000 | 118.34 | N/A | N/A | 0.00 |
| NOTFILED | Phoenix Fire Protection | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Prestige Insurance Estinating and Apprai ATTN: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Metal Magic | 7100-000 | 168.81 | N/A | N/A | 0.00 |
| NOTFILED | Veritiv Operating Company C/o Louderemilk Law Firm, PA | 7100-000 | 100,017.81 | N/A | N/A | 0.00 |
| NOTFILED | City of Tallahassee | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mincom Business Forms | 7100-000 | 622.04 | N/A | N/A | 0.00 |
| NOTFILED | NesSmith | 7100-000 | 132.87 | N/A | N/A | 0.00 |
| NOTFILED | Pemco, Inc. | 7100-000 | 1,130.23 | N/A | N/A | 0.00 |
| NOTFILED | Parients First Appleyard | 7100-000 | 98.00 | N/A | N/A | 0.00 |
| NOTFILED | Peddie Chemical Company | 7100-000 | 63.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | UPS Freight POBox 1959 ATTN: Christine Brown | 7100-000 | 3,500.24 | N/A | N/A | 0.00 |
| NOTFILED | Anexter, Inc | 7100-000 | 42.06 | N/A | N/A | 0.00 |
| NOTFILED | Charles Rosenberg | 7100-000 | 113,682.95 | N/A | N/A | 0.00 |
| NOTFILED | Brown and Brown ATTN: Ron Trent | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 95,108.00 | N/A | N/A | 0.00 |
| NOTFILED | Bridge View Paper Company | 7100-000 | 8,912.85 | N/A | N/A | 0.00 |
| NOTFILED | Budget Rent a Car System, LLC | 7100-000 | 169.28 | N/A | N/A | 0.00 |
| NOTFILED | Canon Financial Services, Inc. C/o Stark & Kizner, PC | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Case Paper Company | 7100-000 | 22,505.67 | N/A | N/A | 0.00 |
| NOTFILED | Capelouto Termite & Pest Control | 7100-000 | 120.40 | N/A | N/A | 0.00 |
| NOTFILED | Caraustar | 7100-000 | 1,009.06 | N/A | N/A | 0.00 |
| NOTFILED | arch SPECIALTY INSURANCE cO. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 21,477.00 | N/A | N/A | 0.00 |
| NOTFILED | AAPSS | 7100-000 | 107,902.62 | N/A | N/A | 0.00 |
| NOTFILED | Acales Systems & Auto | 7100-000 | 718.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 34,597.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 2,947.58 | N/A | N/A | 0.00 |
| NOTFILED | Action Electrical | 7100-000 | 2,174.64 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,729,780.42 | $1,750,170.53 | $1,483,808.10 | $7,542.61 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-40222-KKS  
**Case Name:** ROSE PRINTING COMPANY, INC.

**Period Ending:** 08/12/21

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 04/25/19 (f)  
**§341(a) Meeting Date:** 05/24/19  
**Claims Bar Date:** 08/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   11000Sq. Ft. Wrehouse 2503 JacksonBlufff Road Ta   CURRENT VALUE IS GROSS BASED ON CURRENT CONTRACT BEING CONSIDERED BY ESTATE AND CREDITOR-SHORT SALE<br><br>Orig. Description: 11000Sq. Ft. Wrehouse 2503 JacksonBlufff Road Tallahassee, FL 32304, Fee simple, Valuation Method: Appraisal; Imported from original petition Doc# 1; Lien: Date debt was incurred: 2014<br>Multiple Creditors: 1. BAnk of the Ozarks, 2. Charles Rosenberg<br>Property subject to lien: HOOOOSq. Ft. Wrehouse 2503 JacksonBlufff Road pus rents Tallahassee, FL 32304<br>Describe the lien: First Mortgage<br>$3,150,000.00<br>Creditor insider or related Party?: No<br>Is anyone else liable on this claim?: Yes  -  Amount: 2281000.00; Lien: Date debt was incurred: 2016/2017/2018<br>Multiple Creditors: Specified on line 2.1<br>Property subject to lien: 11000Sq. Ft. Wrehouse 2503 JacksonBlufff Road Tallahassee, FL 32304<br>Describe the lien: Second Mortgage<br>$3,150,000.00<br>Creditor insider or related Party?: No<br>Is anyone else liable on this claim?: No  -  Amount: 550000.00 | 3,150,000.00 | 319,000.00 | | 1,300,000.00 | FA |
| 2   Checking/Operating Account at BAnk of America<br>   Orig. Description: Checking/Operating Account at BAnk of America; Imported from original petition Doc# 1 | 38,169.43 | 38,169.43 | | 6,570.38 | FA |
| 3   City of Taallahassee Utility Deposit<br>   Orig. Description: City of Taallahassee Utility Deposit; Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 4   Term Life ReReliastar [VOYA] Life Insurance Comp | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-40222-KKS  
**Case Name:** ROSE PRINTING COMPANY, INC.

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 04/25/19 (f)  
**§341(a) Meeting Date:** 05/24/19

**Period Ending:** 08/12/21  
**Claims Bar Date:** 08/15/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Description: Term Life ReReliastar [VOYA] Life Insurance Company$1,000,000 face value; Imported from original petition Doc# 1 | | | | | |
| 5  Future Rents Florida Emergency Management. Orig. Description: Future Rents Florida Emergency Management.; Imported from original petition Doc# 1 | 25,000.00 | 32,022.00 | | 32,359.94 | FA |
| 6  A/R Over 90 days old. Face amount = $262,500.00. CATHOLIC SERVICES, see asset 12 Orig. Description: A/R Over 90 days old. Face amount = $262,500.00. Doubtful/Uncollectible accounts = $237,500.00.; Imported from original petition Doc# 1 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 7  old furniture and file cabinets Value Estimated. Orig. Description: old furniture and file cabinets Value Estimated.; Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 437.00 | FA |
| 8  Computer System [old XP, not supported]. Orig. Description: Computer System [old XP, not supported].; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 9  VArious Computers and equipment. Orig. Description: VArious Computers and equipment.; Imported from original petition Doc# 1 | Unknown | 0.00 | OA | 0.00 | FA |
| 10  Other inventory or supplies: Misc Office supplie Orig. Description: Other inventory or supplies: Misc Office supplies, Net Book Value: $0.00; Imported from original petition Doc# 1 | 200.00 | 200.00 | | 75.00 | FA |
| 11  ACCOUNTS RECEIVABLE-BRET THOMAN  (u) PADRE PIO REPRINT -150 BOOKS-UNDER LIEN TO CENTENNIAL | 673.23 | 673.23 | | 673.23 | FA |
| 12  ACCOUNTS RECEIVABLE-PFAFF FINANCIAL ADVISORS  (u) 4150 BOOKS-UNDER LIEN TO CENTINNIAL | 10,277.77 | 10,277.77 | | 10,227.77 | FA |
| 13  ACCOUNTS RECEIVABLE-MOR PRINTING, CH 11 PLAN  (u) PAYMENTS MADE THROUGH CHAPTER 11 MOR PRINTING. | 2,109.59 | 2,109.59 | | 995.71 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-40222-KKS  
**Case Name:** ROSE PRINTING COMPANY, INC.

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 04/25/19 (f)  
**§341(a) Meeting Date:** 05/24/19

**Period Ending:** 08/12/21

**Claims Bar Date:** 08/15/19

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 14  RENTS ASSOCIATED WITH LEASING OUT ASSET 1 | 20,000.00 | 20,000.00 | | 17,333.33 | FA |
| 15  2018 940 REFUND (u)  UNDISCLOSED CHECK FOUND ON OFFICE DESK | 486.97 | 486.97 | | 0.00 | FA |
| 16  INSURANCE COVERAGE FOR ROOF DAMAGED BY HURRICANE (u)  INSURANCE UNDERWRITER DENIED COVERAGE | Unknown | 750,000.00 | | 0.00 | FA |
| 17  CONTAINERBOARD ANTITRUST LIT/SETTLEMENT (u)  CAME IN MAIL-NOT SCHEDULED OR DISCLOSED | 272.45 | 272.45 | | 272.45 | FA |
| 18  NORSAM TECHNOLOGIES, INC (u)  UNSCHEDULED-NORSAM ADVISED TRUSTEE OF SHARES HELD BY DEBTOR-SOLD AFTER CPA REVIEW INFORMATION . | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 19  WELLS FARGO VENDOR FIN SERV (u)  UNSCHEDULED REFUND OF ESTIMATED PTAX-CLOSED ACCT #7718501001 | 0.00 | 117.61 | | 117.61 | FA |
| 20  CLAIM VS. JEFFREY ETHERIDGE-GARNISHMENT (u)  PRE-PETITION GARNISHMENT ACTION/CLAIM REP BY DOUGLAS BROOKS | 3,635.09 | 3,635.09 | | 3,635.09 | FA |
| 20  Assets  Totals (Excluding unknown values) | $3,277,824.53 | $1,209,964.14 | | $1,378,697.51 | $0.00 |

**Major Activities Affecting Case Closing:**

TFR

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-40222-KKS  
**Case Name:** ROSE PRINTING COMPANY, INC.

**Trustee:** (290820)  Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 04/25/19 (f)  
**§341(a) Meeting Date:** 05/24/19  

**Period Ending:** 08/12/21

**Claims Bar Date:** 08/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  December 30, 2020    **Current Projected Date Of Final Report (TFR):**  February 25, 2021  (Actual)

_____  
August 12, 2021  
Date

/s/ Theresa M. Bender, Trustee  
_____  
Theresa M. Bender, Trustee

Exhibit 9

Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 19-40222-KKS | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | ROSE PRINTING COMPANY, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5766 - Checking Account |
| Taxpayer ID #: | **-***1308 | | Blanket Bond: | $596,000.00 (per case limit) |
| Period Ending: | 08/12/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/23/19 | {11} | BRET THOMAN | A/R FOR BOOKS | 1221-000 | 673.23 | | 673.23 |
| 05/23/19 | {2} | ROSE PRINTING COMPANY | CLOSED BANK ACCOUNT | 1129-000 | 6,570.38 | | 7,243.61 |
| 05/24/19 | 101 | IMPERIAL PFS CORPORATION | 3 MONTH INSURANCE PREMIUMS-ACCT #FLS-27528 PER OPERATING ORDER DOC. 17 | 2420-750 | | 4,554.05 | 2,689.56 |
| 05/26/19 | {13} | MOR PRINTING | RECEIVABLE FROM A PRINTING COMPANY IN CHAPTER 11 | 1221-000 | 369.43 | | 3,058.99 |
| 05/30/19 | {12} | ARCHDIOCESE OF ST. LOUIS | A/R FOR BOOKS | 1221-000 | 8,001.00 | | 11,059.99 |
| 06/24/19 | {14} | MOVE AND STORE | DEPOSIT FOR LEASE OF ASSET 1 PER OPERATING ORDER #17 | 1122-001 | 5,333.33 | | 16,393.32 |
| 06/26/19 | {12} | DIOCESE OF ST. PETERSBURG | AR FOR BOOKS AS SCHEDULED | 1221-000 | 2,266.77 | | 18,660.09 |
| 06/26/19 | {12} | DIOCESE OF ST. PETERS | REDUCE BY $40 TO CORRECT VALUE OF DEPOSIT | 1221-000 | -40.00 | | 18,620.09 |
| 06/28/19 | 102 | BRIAN WEATHERS | LAWN CARE PER OPERATING ORDER DOC. 17 | 2420-000 | | 800.00 | 17,820.09 |
| 07/08/19 | 103 | CITY OF TALLAHASSEE UTILITIES | PER OPERATING ORDER DOC. 17/ ACCT NO.6635975610 DEPOSIT ON ACCOUNT | 2420-000 | | 5,300.00 | 12,520.09 |
| 07/08/19 | 104 | CITY OF TALLAHASSEE UTILITIES | PER OPERATING ORDER DOC. 17/ ACCT NO.6635975610 PAYMENT OF MAY AND JUNE ON ACCOUNT | 2420-000 | | 8,379.39 | 4,140.70 |
| 07/15/19 | {15} | US TREASURY | PAYMENT OF REFUND ON 2018 940 RETURN | 1224-000 | 486.97 | | 4,627.67 |
| 07/15/19 | {14} | MOVE AND STORE, LLC | PAYMENT OF RENTS PER DOC. 17 | 1122-000 | 4,000.00 | | 8,627.67 |
| 07/15/19 | {15} | US TREASURY | Reversed Deposit 100006 1 PAYMENT OF REFUND ON 2018 940 RETURN | 1224-000 | -486.97 | | 8,140.70 |
| 07/23/19 | 105 | BRIAN WEATHERS | LAWNCARE PER DOC. 17 | 2420-000 | | 300.00 | 7,840.70 |
| 07/23/19 | 106 | KEITH MCNEILL PLUMBING, INC. | REPAIR BURST PIPE PER DOC. 17 | 2420-000 | | 314.68 | 7,526.02 |
| 07/25/19 | {17} | CONTAINERBOARD ANTITRUST LITIGATION | UNDISCLOSED SETTLEMENT OF ANITTRUST LIGITATION/SETTLEMENT-LAST AND FINAL PAYMENT | 1249-000 | 272.45 | | 7,798.47 |
| 07/30/19 | {7} | EXECUTIVE OFFICE SUPPLY | PAYMENT FOR PURCHASE #38 | 1129-000 | 437.00 | | 8,235.47 |
| 08/05/19 | {5} | STATE OF FLORIDA DEPT OF FINANCIAL SERVICES | PAYMENT ON RENTS DUE | 1129-000 | 31,980.00 | | 40,215.47 |
| 08/05/19 | {10} | WILLIAM WILSON | SALE OF DISPLAY PER DOC.40 | 1129-000 | 75.00 | | 40,290.47 |
| 08/07/19 | | Transition Transfer Debit | | 9999-000 | | 40,290.47 | 0.00 |

Subtotals : $59,938.59 $59,938.59

{} Asset reference(s)

Printed: 08/12/2021 10:41 AM V.20.33

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 19-40222-KKS  
**Case Name:** ROSE PRINTING COMPANY, INC.  
**Taxpayer ID #:** **-***1308  
**Period Ending:** 08/12/21

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Mechanics Bank  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $596,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 59,938.59 | 59,938.59 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,290.47 | |
| | | | **Subtotal** | | **59,938.59** | **19,648.12** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$59,938.59** | **$19,648.12** | |

{} Asset reference(s)

Printed: 08/12/2021 10:41 AM    V.20.33

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 19-40222-KKS | **Trustee:** Theresa M. Bender, Trustee (290820) |
| **Case Name:** ROSE PRINTING COMPANY, INC. | **Bank Name:** People's United Bank |
| | **Account:** ********2690 - Checking Account |
| **Taxpayer ID #:** **-***1308 | **Blanket Bond:** $596,000.00 (per case limit) |
| **Period Ending:** 08/12/21 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/19 | | Transfer from 0061 to 2690 | Transfer from 0061 to 2690 | 9999-000 | 40,290.47 | | 40,290.47 |
| 08/12/19 | {14} | MOVE AND STORE, LLC | PAYMENT OF RENTS PER DOC. 17 | 1122-000 | 4,000.00 | | 44,290.47 |
| 08/13/19 | {18} | NORSAM TECHNOLOGIES, INC | PAYMENT FOR SHARES PER DOC. 49 | 1229-000 | 6,000.00 | | 50,290.47 |
| 08/14/19 | 10107 | BRIAN WEATHERS | LAWN CARE PER DOC. 17 | 2420-000 | | 375.00 | 49,915.47 |
| 08/14/19 | 10108 | COLLEEN CASTILLE | PAYMENT PER DOC. 57 | 2420-000 | | 3,000.00 | 46,915.47 |
| 08/14/19 | 10109 | CITY OF TALLAHASSEE | JULY 17, 2019 STATMENT FOR UTILITIES PER DOC. 17 | 2420-000 | | 4,192.61 | 42,722.86 |
| 08/14/19 | 10110 | IFS CORPORATION | PAYMENT OF INSURANCE PER DOC. 17 | 2420-000 | | 1,567.79 | 41,155.07 |
| 08/16/19 | {19} | WELLS FARGO VENDOR FIN SERV | REFUND OF PTAX ON CLOSED ACCT | 1224-000 | 117.61 | | 41,272.68 |
| 08/22/19 | {13} | MOR PRINTING | PAYMENT PER CHAPTER 11 PLAN | 1221-000 | 108.76 | | 41,381.44 |
| 09/09/19 | {5} | STATE OF FLORIDA DEPT OF FINANCIAL SERVICES | INTEREST AND PENALITES ON LATE PAYMENT ASSET 5 | 1129-000 | 379.94 | | 41,761.38 |
| 09/09/19 | {20} | DOUGLAS BROOKS | PAYMENT PER ASSET 20 | 1249-000 | 3,040.26 | | 44,801.64 |
| 09/11/19 | 10111 | CITY OF TALLAHASSEE | PAYMENT OF UTILITY BILL PER OPERATING ORDER #17 ACCT: 6635975610 | 2420-000 | | 6,221.15 | 38,580.49 |
| 09/11/19 | 10112 | IFS CORPORATION | PAYMENT OF INSURANCE PER DOC. #17-ACCOUNT #FLS-27528 | 2420-000 | | 1,493.13 | 37,087.36 |
| 09/16/19 | 10113 | BRIAN WEATHERS | LAWN CARE PER OPERATING ORDER DOC. 17 | 2420-000 | | 400.00 | 36,687.36 |
| 09/18/19 | {20} | DOUGLAS BROOKS PC | PAYMENT OF RETAINED EXPENSES FOR ASSET 20 | 1249-000 | 165.16 | | 36,852.52 |
| 09/23/19 | 10114 | CITY OF TALLAHASSEE | PAYMENT OF UTILITIES PER OPERATING ORDER #17; ACCOUNT #6635975610 | 2420-000 | | 5,263.50 | 31,589.02 |
| 09/24/19 | {14} | MOVE AND STORE, LLC | PAYMENT PER DOC. 17 | 1122-000 | 4,000.00 | | 35,589.02 |
| 10/18/19 | 10115 | IFS CORPORATION | PAYMENT OF INSURANCE FOR OCT ACCT#FLS-27528 PER DOC. 17 | 2420-000 | | 1,567.79 | 34,021.23 |
| 10/18/19 | 10116 | CITY OF TALLAHASSEE | PAYMENT OF OCT UTILITIES ACCT#6635975610 PER DOC 17 | | | 3,871.43 | 30,149.80 |
| | | | 3,463.08 | 2420-000 | | | 30,149.80 |
| | | | 408.35 | 2420-000 | | | 30,149.80 |
| 10/29/19 | {14} | MOVE AND STORE | PAYMENT PER DOC. 17 | 1122-000 | 4,000.00 | | 34,149.80 |
| 11/15/19 | {20} | DOUGLAS BROOKS | PAYMENT PER DOC. 20 | 1249-000 | 429.67 | | 34,579.47 |
| 11/19/19 | 10117 | IFS CORPORATION | PAYMENT OF INSURANCE BILL PER DOC 17 | 2420-000 | | 1,411.00 | 33,168.47 |
| 11/19/19 | 10118 | BRIAN WEATHERS | LAWN CARE PER DOC.17 | 2420-000 | | 1,000.00 | 32,168.47 |
| 11/20/19 | {13} | MOR PRINTING | PAYMENT ON ASSET 13 | 1221-000 | 108.76 | | 32,277.23 |
| 11/22/19 | 10119 {14} | MOVE AND STORE, LLC | REFUND OF DEPOSIT PER DOC. 17 | 1122-000 | -4,000.00 | | 28,277.23 |

Subtotals : $58,640.63  $30,363.40

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| Case Number: | 19-40222-KKS | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | ROSE PRINTING COMPANY, INC. | | Bank Name: | People's United Bank |
| | | | Account: | ********2690 - Checking Account |
| Taxpayer ID #: | **-***1308 | | Blanket Bond: | $596,000.00  (per case limit) |
| Period Ending: | 08/12/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/09/19 | | CITY OF TALLAHASSEE | REFUND OF PAYMENT OF OCT UTILITIES ACCT#6635975610 PER DOC 17 | 2420-000 | | -3,463.08 | 31,740.31 |
| 12/27/19 | | SMITH THOMPSON SHAW | PAYMENT/CARVEOUT PER DOC. 82 | | 100,000.00 | | 131,740.31 |
| | {1} | | CONTRACT PRICE        1,300,000.00 | 1110-000 | | | 131,740.31 |
| | | Bank of the Ozarks | PAYOFF OF FIRST          -1,141,185.23 MORTGAGE | 4110-000 | | | 131,740.31 |
| | | | REAL ESTATE              -26,000.00 COMMISSION | 3510-000 | | | 131,740.31 |
| | | Doris Maloy, Leon County Tax Collector | REAL ESTATE TAXES    -32,814.77 | 4700-000 | | | 131,740.31 |
| 01/06/20 | 10120 | TRI CO RECORDS MGT CTR, INC | PAYMENT OF STORAGE FEES PER DOC. Voided on 01/06/20 | 2410-000 | | 362.00 | 131,378.31 |
| 01/06/20 | 10120 | TRI CO RECORDS MGT CTR, INC | PAYMENT OF STORAGE FEES PER DOC. Voided: check issued on 01/06/20 | 2410-000 | | -362.00 | 131,740.31 |
| 02/13/20 | {13} | MOR  PRINTING | | 1221-000 | 108.76 | | 131,849.07 |
| 03/09/20 | 10121 | BRIAN WEATHERS | FINAL PAYMENT FOR LAWN CARE AT ROSE PRINITING PER DOC. 17 | 2420-000 | | 600.00 | 131,249.07 |
| 03/18/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 131,249.07 | 0.00 |
| | | | ACCOUNT TOTALS | | 158,749.39 | 158,749.39 | $0.00 |
| | | | Less: Bank Transfers | | 40,290.47 | 131,249.07 | |
| | | | Subtotal | | 118,458.92 | 27,500.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $118,458.92 | $27,500.32 | |

{} Asset reference(s)

Printed: 08/12/2021 10:41 AM    V.20.33

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 19-40222-KKS  
**Case Name:** ROSE PRINTING COMPANY, INC.  
**Taxpayer ID #:** **-***1308  
**Period Ending:** 08/12/21

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******4577 - Checking Account  
**Blanket Bond:** $596,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/18/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 131,249.07 | | 131,249.07 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 104.95 | 131,144.12 |
| 04/29/20 | {13} | MOR PRINTING | PAYMENT PER MOTION TO COMPROMISE PER DOC. 86 | 1221-000 | 300.00 | | 131,444.12 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 209.61 | 131,234.51 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 202.76 | 131,031.75 |
| 06/09/20 | 20121 | DOUGLAS L. BROOKS, P.C. | PAYMENT OF FEES PER DOC. 90 | 3210-000 | | 817.25 | 130,214.50 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 223.35 | 129,991.15 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 214.69 | 129,776.46 |
| 08/24/20 | 20122 | Florida Department of Revenue | PAYMENT OF CORPORATE TAXES ON TAX RETURN PER DOC. 93 | 2820-000 | | 5,933.00 | 123,843.46 |
| 04/14/21 | 20123 | THERESA M. BENDER, P.A. | Dividend paid 100.00% on $14,455.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 14,455.00 | 109,388.46 |
| 04/14/21 | 20124 | Florida Department of Revenue | Dividend paid 100.00% on $8.40; Filed: $0.00 for FL SUTA | 5800-000 | | 8.40 | 109,380.06 |
| 04/14/21 | 20125 | Direct Capital | Dividend paid   0.50% on $48,276.60; Claim# 1; Filed: $48,276.60; Reference: | 7100-000 | | 245.40 | 109,134.66 |
| 04/14/21 | 20126 | Brunner Consultants | Dividend paid   0.50% on $7,049.14; Claim# 5; Filed: $7,049.14; Reference: | 7100-000 | | 35.83 | 109,098.83 |
| 04/14/21 | 20127 | Mowrey Law Firm, PA | Dividend paid   0.50% on $21,356.99; Claim# 6; Filed: $21,356.99; Reference: | 7100-000 | | 108.56 | 108,990.27 |
| 04/14/21 | 20128 | Estes Express Lines | Dividend paid   0.50% on $4,124.86; Claim# 7; Filed: $4,124.86; Reference: | 7100-000 | | 20.97 | 108,969.30 |
| 04/14/21 | 20129 | Rice Pugatch Robinson Storfer & Cohen, PLLC | Dividend paid   0.50% on $251,821.55; Claim# 8 -2; Filed: $251,821.55; Reference: | 7100-000 | | 1,280.08 | 107,689.22 |
| 04/14/21 | 20130 | Veritiv Operating Company | Dividend paid   0.50% on $128,522.60; Claim# 9 -2; Filed: $128,522.60; Reference: | 7100-000 | | 653.32 | 107,035.90 |
| 04/14/21 | 20131 | A-1 Business Systems | Dividend paid   0.50% on $2,575.04; Claim# 11; Filed: $2,575.04; Reference: | 7100-000 | | 13.09 | 107,022.81 |
| 04/14/21 | 20132 | UPDATE LIMITED | Dividend paid   0.50% on $2,536.70; Claim# 12; Filed: $2,536.70; Reference: | 7100-000 | | 12.89 | 107,009.92 |
| 04/14/21 | 20133 | Muller-Martini Corp. | Dividend paid   0.50% on $4,905.75; Claim# 13; Filed: $4,905.75; Reference: | 7100-000 | | 24.94 | 106,984.98 |
| 04/14/21 | 20134 | BB&T, bankruptcy section | Dividend paid   0.50% on $5,899.45; Claim# 15; Filed: $5,899.45; Reference: | 7100-000 | | 29.99 | 106,954.99 |
| 04/14/21 | 20135 | MAC PAPERS INC | Dividend paid   0.50% on $8,974.13; Claim# 16; Filed: $8,974.13; Reference: | 7100-000 | | 45.62 | 106,909.37 |

Subtotals :         $131,549.07         $24,639.70

{} Asset reference(s)                                                                 Printed: 08/12/2021 10:41 AM     V.20.33

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 19-40222-KKS | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | ROSE PRINTING COMPANY, INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******4577 - Checking Account |
| Taxpayer ID #: | **-***1308 | | Blanket Bond: | $596,000.00 (per case limit) |
| Period Ending: | 08/12/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/14/21 | 20136 | Safety-Kleen/Clean Harbors | Dividend paid  0.50% on $1,301.23; Claim# 19; Filed: $1,301.23; Reference: | 7100-000 | | 6.61 | 106,902.76 |
| 04/14/21 | 20137 | Berger Singerman LLP | Dividend paid  0.50% on $9,359.47; Claim# 20; Filed: $9,359.47; Reference: | 7100-000 | | 47.58 | 106,855.18 |
| 04/14/21 | 20138 | The Bankruptcy Estate of Charles Rosenberg | Dividend paid  0.50% on $549,933.16; Claim# 24 -3; Filed: $549,933.16; Reference: | 7100-000 | | 2,795.46 | 104,059.72 |
| 04/14/21 | 20139 | Theresa M. Bender, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 66,171.27 | 37,888.45 |
| | | | Dividend paid 100.00% on $64,610.93;  Claim# ; Filed: $64,610.93 | 2100-000 | 64,610.93 | | 37,888.45 |
| | | | Dividend paid 100.00% on $1,560.34;  Claim# ; Filed: $1,560.34 | 2200-000 | 1,560.34 | | 37,888.45 |
| 04/14/21 | 20140 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 13.29 | 37,875.16 |
| | | | Dividend paid  0.50% on $915.00;  Claim# 3 -2; Filed: $915.00 | 7100-001 | 4.65 | | 37,875.16 |
| | | | Dividend paid  0.50% on $323.40;  Claim# 10; Filed: $323.40 | 7100-001 | 1.64 | | 37,875.16 |
| | | | Dividend paid  0.50% on $412.59;  Claim# 17; Filed: $412.59 | 7100-001 | 2.10 | | 37,875.16 |
| | | | Dividend paid  0.50% on $963.29;  Claim# 18; Filed: $963.29 | 7100-001 | 4.90 | | 37,875.16 |
| 04/14/21 | 20141 | Centennial Bank | Combined Check for Claims#4 -2,4 -2 | | | 19,944.01 | 17,931.15 |
| | | | Dividend paid 100.00% on $17,739.10;  Claim# 4 -2; Filed: $63,169.43 | 4210-000 | 17,739.10 | | 17,931.15 |
| | | | Dividend paid  0.50% on $433,757.15;  Claim# 4 -2; Filed: $433,757.15 | 7100-000 | 2,204.91 | | 17,931.15 |
| 04/14/21 | 20142 | Sherry F. Chancellor, Trustee | Combined Check for Claims#23U,23P | | | 9,558.04 | 8,373.11 |
| | | | Dividend paid  0.50% on $800.00;  Claim# 23U; Filed: $800.00 | 7100-000 | 4.07 | | 8,373.11 |

Subtotals :   $0.00   $98,536.26

{} Asset reference(s)

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 19-40222-KKS  
**Case Name:** ROSE PRINTING COMPANY, INC.  
**Taxpayer ID #:** **-***1308  
**Period Ending:** 08/12/21  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******4577 - Checking Account  
**Blanket Bond:** $596,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $9,553.97; Claim# 23P; Filed: $12,850.00    9,553.97 | 5300-000 | | | 8,373.11 |
| 04/14/21 | 20143 | THOMSON BROCK LUGER & CO | Combined Check for Claims#et_al. | | | 3,917.05 | 4,456.06 |
| | | | Dividend paid 100.00% on $3,703.50; Claim# ; Filed: $3,703.50    3,703.50 | 3410-000 | | | 4,456.06 |
| | | | Dividend paid 100.00% on $213.55; Claim# ; Filed: $213.55    213.55 | 3420-000 | | | 4,456.06 |
| 04/14/21 | 20144 | U.S. TREASURY | Combined Check for Claims#et_al. | | | 4,456.06 | 0.00 |
| | | | Dividend paid 100.00% on $539.70; Claim# ; Filed: $0.00    539.70 | 5300-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $2,570.00; Claim# ; Filed: $0.00    2,570.00 | 5300-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $186.33; Claim# ; Filed: $0.00    186.33 | 5300-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $539.70; Claim# ; Filed: $0.00    539.70 | 5800-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $186.33; Claim# ; Filed: $0.00    186.33 | 5800-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $434.00; Claim# ; Filed: $0.00    434.00 | 5800-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 131,549.07 | 131,549.07   $0.00 |
| Less: Bank Transfers | 131,249.07 | 0.00 |
| **Subtotal** | **300.00** | **131,549.07** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$300.00** | **$131,549.07** |

{} Asset reference(s)                                          Printed: 08/12/2021 10:41 AM   V.20.33

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

| **Case Number:** | 19-40222-KKS | | **Trustee:** | Theresa M. Bender, Trustee (290820) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ROSE PRINTING COMPANY, INC. | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******4577 - Checking Account |
| **Taxpayer ID #:** | **-***1308 | | **Blanket Bond:** | $596,000.00 (per case limit) |
| **Period Ending:** | 08/12/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |  |
| --- | --- | --- |
| Net Receipts : | | 178,697.51 |
| Plus Gross Adjustments : | | 1,200,000.00 |
| Net Estate : | | $1,378,697.51 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******5766 | 59,938.59 | 19,648.12 | 0.00 |
| Checking # ********2690 | 118,458.92 | 27,500.32 | 0.00 |
| Checking # ******4577 | 300.00 | 131,549.07 | 0.00 |
| | $178,697.51 | $178,697.51 | $0.00 |

{} Asset reference(s)

Printed: 08/12/2021 10:41 AM    V.20.33